# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT of GEORGIA

| John E. Triplett | OFFICE of the CLERK | (706)849-4400 |
|---|---|---|
| Clerk of Court | P.O. Box 1130 | |
| | AUGUSTA, GEORGIA   30903 | |

## NOTICE of FILING DEFICIENCY

To:   Charles Bailey                               Date: 8/4/2021
Case: CV 1:21-112                                  Party: Plaintiffs

Your pleading, __#4 Affidavit of Service__,

was filed on __08/03/21__, but remains deficient in the area(s) checked below:

[ x ] **No actions required (Informative Only)**     or     [ ☐ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
  ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
  ☐ b. No good faith document was submitted. (L.R. 26.5)
  ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
  ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Stan Baker cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. **Other:**
    The incorrect event was selected.  The correct event is "Summons Returned Executed".

After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:   Tara H. Burton (706) 849-4407
                                         Deputy Clerk