# EXHIBIT E

GUIDELINE FOR AMBIENT IMPACT ASSESSMENT
OF TOXIC AIR POLLUTANT EMISSIONS



AIR PROTECTION BRANCH

Revised May 2017

# Table of Contents

**Section 1**      **Overview of Risk Assessment** ...................................................................................1

       1.0      Introduction.........................................................................................................1

       1.1      Hazard Identification ..........................................................................................1

       1.2      Exposure Assessment .........................................................................................1

**Section 2**      **Determination of Toxic Pollutant Impact**................................................................3

       2.1      Who is Required to Demonstrate Compliance with AAC ......................................3

       2.2      Procedures for Demonstrating Compliance with AAC ..........................................3

**Section 3**      **Required Data for Dispersion Analysis** ...................................................................7

       3.1      Description of Toxic Air Pollutants to be Emitted ..................................................7

       3.2      Emission Source Parameters..................................................................................7

       3.3      Maximum Toxic Pollutant Emission Rate..............................................................7

**Section 4**      **Air Dispersion Analysis**..........................................................................................9

       4.1      General Notes on Dispersion Modeling Analysis ..................................................9

**Section 5**      **SCREEN3 Modeling Procedures** ...........................................................................12

**Section 6**      **Refined Modeling Procedures** ...............................................................................15

**Reference Materials**...............................................................................................................19

# List of Appendices

**Appendix A**      List of TAP, AAC and MER

**Appendix B**      Refined Modeling Checklist

**Appendix C**      Basis of Minimum Emission Rate

**Appendix D**      Procedures for Establishing AAC

**Appendix E**      List of Acronyms

## Historical Background and Scope

The previous Georgia Air Toxic Guideline document was approved by the Director of the Environmental Protection Division (EPD) on September 10, 1984 under the provisions 391-3-1.-02(2)(a)3.(ii) of the Georgia Rules for Air Quality Control. The 1984 guidelines were subsequently revised and approved for use on June 28, 1998. The 1998 guidelines have been further revised as presented in this document and have been approved for use under the above stated provisions in May 2017. This current version of the guidelines supersedes all previous versions.

The guidelines will be used in the review of air quality permit applications to construct/modify potential sources which emit any Toxic Air Pollutant (TAP) listed in Appendix A of this guideline document with emissions above the Minimum Emission Rate (MER) and in other cases at the Director's discretion. The Appendix A provides a list of TAPs, corresponding Acceptable Ambient Concentrations (AACs) and MERs. The list of TAPs in Appendix A will be updated periodically as new data becomes available. In addition, the guidelines may also be employed to estimate the environmental impact of TAP in any situation where approved ambient monitoring data is not available.

# Section 2 Determination of Toxic Air Pollutant Impact

## 2.1 Who is Required to Demonstrate Compliance with AAC?

The applicant is required to demonstrate compliance with AAC when the facility emits any one of TAPs listed in Appendix A of this document.

A demonstration is required for:

(a) All new facilities that require a State Implementation Plan (SIP) Permit.

(b) All existing facilities that are adding new equipment that require a SIP permit and emit toxic air pollutant listed in Appendix A.

(c) All existing facilities that are modifying existing equipment that increases the emission of toxic air pollutant listed in Appendix A.

(d) All existing facilities that are modifying existing equipment or making process changes that result in emission of toxic air pollutant listed in Appendix A not previously emitted from the facility.

(e) In some cases a demonstration may be required for sources that have never demonstrated compliance with the AAC.

(f) Case by case as determined by the Division.

## 2.2 Procedures for Demonstrating Compliance with AAC

The general procedure for determination of TAPs impact is a simple comparative method.

- For a pollutant that has a facility-wide emission rate below the MER established in the table in Appendix A, no further analysis is required.
- For pollutant that has a facility-wide emission rate above the MER established in the table in Appendix A, further analysis is required.

If facility-wide emissions are mainly emitted as volume or area sources, MER should not be used for screening out of the modeling analysis.

The maximum ground-level concentration (MGLC) found by dispersion analysis (Section 4) is compared to the AAC (Appendix A) for the pollutant. If the MGLC is less than the AAC, TAP impact is determined to be insignificant.

If the facility wide TAP emissions are greater than MER, follow the steps below:

STEP 1: Locate the long term and/or short term AAC for the toxic air pollutant emitted from the facility from the list in Appendix A.

STEP 2: Derive MGLC using SCREEN3 dispersion analysis. Adjust to the appropriate averaging time (24 hours, 15 minutes and annual).

STEP 3: Compare MGLC from SCREEN3 dispersion analysis with AAC

    (i) If MGLC is less than AAC, proceed with application review, pollutant impact is determined to be insignificant.

    (ii) If MGLC is greater than AAC, proceed to Step 4.

STEP 4: Perform AERMOD or ISCST3 analysis for MGLC per the procedures provided in Section 4 and 6.

STEP 5: Compare MGLC from AERMOD or ISCST3 with AAC

    (i) If MGLC is less than AAC, proceed with application review, pollutant impact is indicated to be insignificant.

    (ii) If MGLC is greater than AAC, it indicates potential adverse toxic air pollutant impact. Reduction in pollutant emission rate, additional controls, and/or increase in stack height may be considered. If these options fail to demonstrate compliance then a site specific risk analysis is required.

STEP 6: Perform a site specific risk analysis. The Division accepts the following approaches:

- Model the nearest (or worst case) receptor located in a residence area and compare with the annual AAC value;
- Model the nearest (or worst case) receptor located in a business area and compare with 8-hour AAC value (OSHA based);
- Model all other receptors in grids and compare with 15 minute short term AAC value (STEL or Ceiling based).

In addition to demonstrating compliance with AACs, the Division reserves the right to request the applicant to evaluate additive/synergistic effects from multiple pollutant exposure. In cases when two or more pollutants are known to have the same effect (e.g. reproductive effects, kidney toxicity, CNS stimulant, etc.) upon the same organ system of the body, the impacts of simultaneous exposure are considered "additive". The following formula shall be used to evaluate additive effect:

$$\frac{MGLC1}{AAC1} + \frac{MGLC2}{AAC2} + \cdots\cdots + \frac{MGLCn}{AACn} > 1$$

Where,
MGLC 1, 2, …, n are the maximum ground level concentration of each pollutant
AAC 1, 2, …, n are the acceptable ambient concentration of each pollutant.

If the result is greater than one, then further risk assessment would be necessary. The applicant should be able to demonstrate that annual air emissions from the facility would result in a cumulative non-cancer hazard and excess lifetime cancer risks that fall within the acceptable USEPA risk range/limits of 1E-06 to 1E-04 and below the cumulative hazard risk index of 1.

After performing a site specific risk assessment, if it is infeasible for the applicant to comply with the AACs found in this guideline or the applicant is unable to demonstrate that the cumulative hazard risk index is below 1, the Director at his/her discretion may approve an application that includes the installation of New Source Maximum Available Control Technology (MACT). For the purpose of this guideline, "New Source MACT" is defined as the control technology which reflects the maximum degree of reduction in emissions of hazardous air pollutants that the Director determines is achievable by the source, provided that such control technology is no less effective than the level of emission control which is achieved in practice by the best controlled similar source.

