# EXHIBIT F



# Toxicological Profile for Ethylene Oxide

**Draft for Public Comment**

**September 2020**



U.S. Department of Health and Human Services
Agency for Toxic Substances and Disease Registry

# CHAPTER 1.  RELEVANCE TO PUBLIC HEALTH

## 1.1     OVERVIEW AND U.S. EXPOSURES

Ethylene oxide is a flammable gas with a sweet odor.  It dissolves easily in water, alcohol, and most organic solvents.  Ethylene oxide is produced in large volumes and is primarily used to make other chemicals, particularly ethylene glycol, a chemical that is used to make antifreeze and polyester.  Most ethylene oxide is used in the factories where it is produced.  A small amount is used to control insects on stored agricultural products, to sterilize food and cosmetics, and in hospitals and factories to sterilize medical equipment and supplies.  The U.S. Environmental Protection Agency (EPA 2008) Registration Eligibility Decision document (RED) indicates that approximately 1,900 hospitals in the United States have ethylene oxide sterilization chambers.

When ethylene oxide is produced or used, some of the gas is released to air and water.  If it is released into the air, it will break down within several months.  In water, ethylene oxide will either evaporate quickly, break down by hydrolysis, or be destroyed by bacteria within a few days.

You are not likely to be exposed to high levels of ethylene oxide in the general environment; low levels of ethylene oxide have been measured in the air in many areas of the United States.  There is no evidence that ethylene oxide is commonly found in water.  The most likely way to be exposed to ethylene oxide is by working where it is used or produced.  Heath care workers, such as nurses, doctors, and technicians in hospitals and offices may contact ethylene oxide, as it is used to sterilize medical equipment.  Factory workers where ethylene oxide is produced or used to make other chemicals, and those working in sterilization facilities, may have contact with ethylene oxide.  Residents living near facilities producing or using ethylene oxide may also be exposed to higher than background levels via emissions or accidental releases.

The U.S. Environmental Protection Agency (EPA) has determined that there is reasonable certainty that dietary and drinking water risks from supported registered uses of ethylene oxide will not harm any population subgroup (EPA 2006).  Levels of ethylene oxide decrease with time as ethylene oxide evaporates or breaks down into other substances, and thus, little or none may remain when the food is eaten.

Ethylene oxide is endogenously produced in the body via oxidation of ethylene produced during normal oxidation processes such as lipid peroxidation, methionine and heme oxidation, and metabolic activity of intestinal bacteria. A study comparing the relative contribution of exogenous and endogenous sources of ethylene oxide suggests that a substantial proportion of ethylene oxide in the body of nonsmoking individuals with no occupational exposure to ethylene oxide is derived from endogenously produced ethylene oxide (Kirman and Hays 2017).

## 1.2   SUMMARY OF HEALTH EFFECTS

Information on the toxicity and carcinogenicity of ethylene oxide comes from epidemiological studies and studies conducted in experimental animals. Most human studies evaluated only cancer endpoints; inhalation was the presumed exposure route. These studies evaluated the carcinogenicity of inhaled ethylene oxide in cohorts involved in ethylene oxide production and/or workers in areas where ethylene oxide was used as a sterilizer. Information on noncancer health effects primarily comes from experimental animal studies. Nearly 90% of the animal studies employed the inhalation exposure route. The limited information available regarding ethylene oxide toxicity following dermal exposure suggests that it is a contact dermal and ocular irritant in humans and animals. As illustrated in Figures 1-1 and 1-2, the most sensitive noncancer targets of ethylene oxide toxicity appear to be hematological, endocrine, neurological, reproductive, and developmental endpoints; cancer effects also occur at lower exposure levels.

A systematic review of noncancer endpoints (see Appendix C for details) resulted in the following hazard identification conclusions:

- Respiratory effects represent a presumed health effect endpoint for humans
- Hematological effects represent a suspected health effect endpoint for humans
- The endocrine system is a suspected health effect endpoint for humans
- Neurotoxicity is a presumed health effect for humans
- Reproductive toxicity is a presumed health effect for humans
- Developmental toxicity is a presumed health effect for humans

***Respiratory Effects.*** Bronchitis, pulmonary edema, and emphysema have been reported in workers after acute high-level exposure (Theiss 1963), but respiratory problems have not been reported to occur with relatively low-level chronic exposure (estimated long-term average of 5–10 ppm) (Joyner 1964). Adverse respiratory effects such as labored breathing, nasal discharge, dyspnea, histopathologic pulmonary

- In the environment, ethylene oxide is expected to:
  - Oxidize in the atmosphere
  - Evaporate or hydrolyze from water
  - Volatilize from soil
  - React with nucleophilic groups such as carboxyl, amino, and phenolic groups, as well as strong acids

Ethylene oxide is a gas used in the production of other synthetic chemicals such as ethylene glycol. Gaseous releases of ethylene oxide to the environment are the result of uncontrolled industrial emissions (WHO 2003). Less than 1% of the industrial production of ethylene oxide is used as a fumigant and sterilizing agent for a variety of purposes and materials which include hospital equipment and certain food.

Ethylene oxide degrades in both the air and natural water. In the air, oxidation via free radical formation is the most probable degradation pathway; the estimated half-life of this reaction ranges from 2 to 5 months. The half-life estimates for other degradation pathways for atmospheric ethylene oxide vary widely. In water, ethylene oxide would likely degrade via radical formation and hydrolysis, leading to the formation of glycols, and halogenated alcohols (in the presence of sodium chloride), which in turn degrade into simpler molecules such as carbon dioxide and water. The half-lives of these reactions range from a few hours to <15 days, depending on environmental conditions. Ultraviolet-catalyzed oxidation (in the presence of oxygen and nitrogen dioxide) may also account for some of the ethylene oxide lost in the atmosphere. Ethylene oxide also degrades in wastewater treatment systems with a half-life of about 20 days.

No data are available on the fate of ethylene oxide in soil. Nonetheless, this chemical is expected to either volatilize or be leached due to its high vapor pressure, infinite solubility in water, and reaction with mineral surfaces. Soil microorganisms may also convert it to glycols.

Data on the levels of ethylene oxide in the environment are very limited. There is a limited amount of ethylene oxide air monitoring data in the United States; EPA has begun to measure ethylene oxide at the National Air Toxics Trends Stations and the Urban Air Toxics Monitoring Program networks. There are no data to indicate that ethylene oxide is a common constituent of water sources of any type in any geographic location within the United States. Fumigated foods and sterilized hospital equipment may have initially high levels of ethylene oxide, which dissipate and/or degrade into other products within a few days. There are no data on ethylene oxide bioaccumulation in marine organisms.

ETHYLENE OXIDE                                                                                          102

5. POTENTIAL FOR HUMAN EXPOSURE

storage and handling in industrial settings. Industrial emissions of ethylene oxide are due to uncontrolled fugitive emissions or venting with other gases (EPA 1980, 2017b).

Other known sources of ethylene oxide air emissions include its production from combustion of hydrocarbon fuels and its release from commodity-fumigated materials, estimated to be about 10 million pounds annually (EPA 1980), and losses during disinfection of hospital equipment (EPA 2017b).

Ethylene oxide could be released to the atmosphere during catastrophic events. In 1987, an explosion in an ethylene oxide purification column in Antwerp, Germany occurred due to decomposition of ethylene oxide (Khan et al. 2002).

EPA's National Emission Inventory (NEI) database contains information regarding sources that emit criteria air pollutants (CAPs) and their precursors, and hazardous air pollutants (HAPs) for the 50 United States, Washington DC, Puerto Rico, and the U.S. Virgin Islands. This database documents and estimates emission data from multiple sources, including state and local environmental agencies; the TRI database; computer models for on- and off-road emissions; and databases related to EPA's Maximum Achievable Control Technology (MACT) programs to reduce emissions of HAPs. Ethylene oxide emissions estimated from the 2014 inventory are summarized in Table 5-3.

### Table 5-3. Ethylene Oxide Emissions from the National Emissions Inventory

| Emission sector | Amount of ethylene oxide emitted to air (pounds) |
|---|---|
| Fuel combustion, commercial/institutional, natural gas | 17 |
| Fuel combustion, commercial/institutional, oil | 0.0009 |
| Fuel combustion, electric generation, natural gas | 45 |
| Fuel combustion, industrial boilers, ICEs, natural gas | 33 |
| Fuel combustion, industrial boilers, ICEs, other | 8 |
| Industrial processes, chemical manufacturing | 123,520 |
| Industrial processes, not elsewhere classified | 86,367 |
| Industrial processes, petroleum refineries | 0.040 |
| Industrial processes, pulp and paper | 125 |
| Industrial processes, storage and transfer | 6,707 |
| Solvent, degreasing | 1,368 |
| Solvent, graphic arts | 23 |

### Table 5-3. Ethylene Oxide Emissions from the National Emissions Inventory

| Emission sector | Amount of ethylene oxide emitted to air (pounds) |
|---|---|
| Solvent, industrial surface coating and solvent use | 2,502 |
| Waste disposal | 2,386 |

Source: EPA 2020a

Additional nonquantified sources of air emission of ethylene oxide may be bacterial degradation products, photochemical smog, tobacco smoke, and hydrocarbon combustion (EPA 1980). Barnard and Lee (1972) and EPA (1980) reported finding ethylene oxide in the products of n-pentane combustion, but specific concentrations were not given. EPA (1980) concluded that because pentanes are found in gasoline, significant amounts of ethylene oxide are probably released annually into the atmosphere from automobile exhaust.

The World Health Organization (WHO 2003) reported that the estimated air emissions due to sterilization and fumigation operations, production, medical facility use, and ethoxylation resulted in 57, 31, 8, and 4% of total ethylene oxide emissions, respectively.

### 5.3.2 Water

Estimated releases of 2,285 pounds (~1.036 metric tons) of ethylene oxide to surface water from 106 domestic manufacturing and processing facilities in 2017, accounted for about 0.9% of the estimated total environmental releases from facilities required to report to the TRI (TRI17 2018). This estimate includes releases to waste water treatment and publicly owned treatment works (POTWs) (TRI17 2018). These releases are summarized in Table 5-2.

Although recent data were not located, historically, ethylene oxide discharges into water appeared to be primarily industry-related. WHO (1985) indicated that biological treatment of waste waters containing ethylene oxide appeared to be successful in the removal of this chemical from reaching waterways. Recent data concerning discharge of ethylene oxide to water were not located.

## 5.5.3 Sediment and Soil

No data are available on the presence or absence of any significant levels of ethylene oxide in soil. However, DeBont and Albers (1976) reported that ethylene oxide is produced by the metabolism of ethylene by an ethylene-oxidizing bacterium. Also, ethylene is a relatively common volatile hydrocarbon in wet soil, where it can be produced by several species of fungi, bacteria, and actinomycetes (Alexander 1977). Therefore, small but constant levels of ethylene oxide may be present in soils under wet conditions. No data are available on ethylene oxide in soils resulting from uncontrolled releases of ethylene oxide liquid waste or from atmospheric depositions of any kind.

## 5.5.4 Other Media

Ethylene oxide may be found in tobacco, some food and spices, skin care products, and medical devices as a result of its use as a fumigant and a sterilizing agent. Measurable amounts of ethylene oxide were detected in both fumigated and unfumigated tobacco and its smoke; the ethylene oxide concentration in smoke from unfumigated tobacco was 1 µg/g (EPA 1980). More recently, it was also detected in smoke from fumigated and unfumigated tobacco at 0.3 and 0.02 µg/mL (0.17 and 0.011 ppm), respectively (WHO 2003). Skin care products may contain up to 1 µg/g of ethylene oxide (WHO 2003). As a result of sterilization, medical devices have been found to contain ethylene oxide concentrations of 1–2%, which generally decrease rapidly upon aeration; however, levels >180 mg/m$^3$ (>99 ppm) have been identified after aeration (WHO 2003). There is evidence that some foods such as flour and spices retain measurable ethylene oxide and byproducts several months after fumigation (NIOSH 1981; Parod 2014; EPA 2017b).

Residual ethylene oxide may be found in foods temporarily, following fumigation. Scudamore and Heuser (1971) reported that ethylene oxide may react with water and inorganic halides (chloride and bromide) from foods and produce glycols and halohydrins. The same researchers concluded that the persistence or disappearance of ethylene oxide and its byproducts in fumigated commodities depends on the grain size, type of foods, aeration procedures, temperature, and storage and cooking conditions. According to Scudamore and Heuser (1971), most commodities experimentally fumigated (to kill microorganisms) had levels of ethylene oxide <1 ppm after 14 days in normal storage conditions. No residues of ethylene oxide were found in commercially fumigated flour or tobacco.

Rajendran and Muthu (1981) reported that concentrations of ethylene oxide in 24-hour aerated foods (wheat, rice, spices, dates, and peas), following a 24-hour fumigation period, ranged from 0 to 3.5 ppm. IARC (1976) indicated that food fumigated with ethylene oxide generally had negligible levels of ethylene oxide within a few hours after fumigation, due primarily to loss by volatilization. However, in spices, ethylene oxide levels of 53–116 mg/kg (ppm) and ~25 mg/kg (ppm) at 2 and 26 days after fumigation, respectively, have been reported (WHO 1985).

Food product samples obtained from retail stores in Denmark in 1985 were found to contain ethylene oxide in concentrations ranging from <0.05 to 1800 µg/g (in 96 of 204 samples). Spice samples also contained ethylene oxide at a maximum concentration of 580 µg/g (mean: 84 µg/g) (WHO 2003).

## 5.6 GENERAL POPULATION EXPOSURE

The general population's exposure to ethylene oxide occurs primarily via inhalation and food ingestion. There is no information to indicate that ethylene oxide is a common contaminant of drinking water supplies.

Some foods retain ethylene oxide after fumigation (EPA 2017b; NIOSH 1981; Parod 2014), thereby resulting in exposure to the general population. Ethylene oxide is naturally occurring in the body, as it is formed from ethylene conversion during metabolic processes (Bono 2002; Parod 2014). WHO estimated that potential maximum exposure levels of ethylene oxide for the general population are about 0.34 and 0.17 µg/m$^3$ (0.19 and 0.094 ppb) for outdoor and indoor air, respectively. For those residing near point sources, the levels may be significantly higher (estimated as 2, 11, and 20.1 µg/m$^3$ [1.1, 6.05, and 11.06 ppb) for near hospitals, sterilization facilities, and production facilities of ethylene glycol, respectively (WHO 2003).

Exposure to ethylene oxide from environmental tobacco smoke and via maternal transfer has been demonstrated in several studies. In a study of 3–13-year-old children, the levels of HOEtVal (ethylene oxide hemoglobin adduct) was correlated to the number of cigarettes passively smoked by the children (Bono et al. 2005). The levels of HOEtVal were also correlated to urinary cotinine (a nicotine metabolite) levels. Similarly, studies of newborns of mothers have found correlations between HOEtVal levels in maternal blood and cord blood (Farmer et al. 1996; Von Stedingk et al. 2011) or newborn blood levels (Tavares et al. 1994). The cord blood levels were 5 times higher in smokers than nonsmokers (Farmer et al. 1996) and newborn blood levels were about 3 times higher in smokers (Tavares et al. 1994).

Ethylene oxide monitoring data were collected during the 2013–2014 and 2015–2016 National Health and Nutrition Examination Survey (NHANES). The hemoglobin adduct levels for the nonsmoking and the smoking populations are presented in Tables 5-9 and 5-10, respectively.

## 5.7 POPULATIONS WITH POTENTIALLY HIGH EXPOSURES

Occupational groups exposed to ethylene oxide include workers in ethylene oxide manufacturing or processing plants, sterilization technicians, workers involved in the fumigation of foods, clothing, and cosmetics, and indoor fumigators (OSHA 1988; EPA 2017b). Reported odor threshold concentrations of ethylene oxide in air are in the range of 430–700 ppm (786.9–1,281 mg/m$^3$) (Amoore and Hautala 1983; OSHA 2018a), which is well above the Occupational Safety and Health Administration (OSHA) permissible exposure limit (PEL) of 1 ppm (1.83 mg/m$^3$) (OSHA 2018a, 2018b, 2018c). Thus, odor does not provide adequate warning of hazardous concentrations. Worker exposure to ethylene oxide can be determined only through routine air monitoring. The TWA concentration for ethylene oxide exposure in occupational settings was determined to be around 90 mg/m$^3$ (49.5 ppm) (WHO 2003).

Hospital workers and patients may be exposed to residual levels of ethylene oxide during procedures where medical supplies that have been sterilized with ethylene oxide are used. During sterilization, plastics can absorb ethylene oxide and release it when the product is used, resulting in exposure by inhalation, dermal contact, or direct release to the blood stream (Chien 2009). Some sterilized plastics may retain concentrations of ethylene oxide ranging from 3 to 443 mg/kg (ppm) even after 7 days of aeration (WHO 1985). Medical equipment such as adhesive dressings and cotton wool pads may also retain ethylene oxide at ≤2 mg/kg (ppm) for 7–8 days after sterilization (Dauvois et al. 1982). Technicians involved in routine disinfection of medical equipment in hospitals may be exposed to relatively high levels of ethylene oxide.

Short-term area concentrations of ethylene oxide were detected in the air of a central supply department of a Midwestern U.S. hospital at levels up to 77 ppm (141 mg/m$^3$) (measured at breathing zone height). TWA personal exposure concentrations in this proximity were determined to be 0.23–0.56 ppm (0.42–1.0 mg/m$^3$). Adjustment of the ventilation system, added exhaust hoods, and addition of an ethylene oxide monitoring system mitigated the elevated air levels of ethylene oxide (Zey et al. 1994). A study of 9 hospital workers and 15 factory workers exposed to ethylene oxide during sterilization of medical