# EXHIBIT G



9/7/2021 1430 Marvin Griffin Rd - Google Maps

# Google Maps  1430 Marvin Griffin Rd



https://www.google.com/maps/place/1430+Marvin+Griffin+Rd,+Augusta,+GA+30906/@33.3908634,-81.9903491,15z/data=!4m5!3m4!1s0x88f9cf1ae721d447:0xb345ddbb9c30efd2!8m2!3d33.3946033!…