# EXHIBIT H

| OBJECTID | EPA Region | State | County | STCOFIPS | Tract ID | Population (2010) | Area (m2) |
|---|---|---|---|---|---|---|---|
| 19975 | EPA Region 4 | GA | Richmond County | 13245 | 13245000900 | 1105 | 1123265.981 |
| 19978 | EPA Region 4 | GA | Richmond County | 13245 | 13245001200 | 4506 | 3699946.224 |
| 19979 | EPA Region 4 | GA | Richmond County | 13245 | 13245001300 | 1380 | 1891135.64 |
| 19980 | EPA Region 4 | GA | Richmond County | 13245 | 13245001400 | 2190 | 1316865.781 |
| 19981 | EPA Region 4 | GA | Richmond County | 13245 | 13245001500 | 989 | 1253867.85 |
| 19982 | EPA Region 4 | GA | Richmond County | 13245 | 13245001601 | 5107 | 4972888.065 |
| 19992 | EPA Region 4 | GA | Richmond County | 13245 | 13245010300 | 5059 | 5458387.845 |
| 19993 | EPA Region 4 | GA | Richmond County | 13245 | 13245010400 | 3645 | 4877864.025 |
| 19995 | EPA Region 4 | GA | Richmond County | 13245 | 13245010506 | 4708 | 4600021.245 |
| 19996 | EPA Region 4 | GA | Richmond County | 13245 | 13245010507 | 5579 | 6751777.971 |
| 19997 | EPA Region 4 | GA | Richmond County | 13245 | 13245010508 | 3450 | 3461354.258 |
| 19999 | EPA Region 4 | GA | Richmond County | 13245 | 13245010510 | 4882 | 5408806.007 |
| 20000 | EPA Region 4 | GA | Richmond County | 13245 | 13245010511 | 3380 | 7473689.506 |
| 20003 | EPA Region 4 | GA | Richmond County | 13245 | 13245010600 | 4317 | 74995606.76 |

| Tract ID | Total Risk | Point Risk | Nonpoint Risk | Onroad Risk | Nonroad Risk | Fire Risk | Biogenic Risk |
|---|---|---|---|---|---|---|---|
| 13245000900 | 45.72372175 | 2.980356075 | 1.308833614 | 5.211024888 | 0.772848177 | 0.940659 | 5.71 |
| 13245001200 | 43.9820669 | 1.597869022 | 1.302573454 | 4.75473127 | 0.880110218 | 0.940327541 | 5.709628939 |
| 13245001300 | 45.93292968 | 3.515780672 | 1.305550962 | 4.886343812 | 0.774595233 | 0.940659 | 5.71 |
| 13245001400 | 47.7552794 | 4.489480295 | 1.310522924 | 5.730282214 | 0.774334962 | 0.940659 | 5.71 |
| 13245001500 | 46.59486179 | 3.967037951 | 1.305585099 | 5.106565726 | 0.765014011 | 0.940659 | 5.71 |
| 13245001601 | 42.99398315 | 1.554178339 | 1.338514081 | 5.372474952 | 0.865934578 | 0.8048812 | 5.558 |
| 13245010300 | 47.52730649 | 4.691685865 | 1.233124686 | 5.432838854 | 0.738293716 | 0.94042484 | 5.712523819 |
| 13245010400 | 63.82214793 | 21.66504493 | 1.183164166 | 5.003155869 | 0.701351752 | 0.967131623 | 5.822217284 |
| 13245010506 | 44.33430819 | 2.607861994 | 1.003610743 | 5.448338951 | 0.579220098 | 1.04277173 | 6.152504673 |
| 13245010507 | 43.29513056 | 2.424140489 | 1.049263503 | 4.815185701 | 0.598524492 | 0.96008556 | 5.947930812 |
| 13245010508 | 46.99738311 | 5.173985521 | 1.050977335 | 5.449377999 | 0.608810556 | 1.0482317 | 6.166 |
| 13245010510 | 46.07166777 | 5.099629393 | 0.983648372 | 4.693335699 | 0.580822606 | 1.0482317 | 6.166 |
| 13245010511 | 45.65474588 | 4.563500112 | 0.942626811 | 4.860607824 | 0.573779438 | 1.0482317 | 6.166 |
| 13245010600 | 45.67782558 | 4.064045963 | 1.263583482 | 4.214642642 | 0.730270831 | 0.947287292 | 5.73809729 |

| Tract ID | Secondary Risk | Background Risk | OR Light Duty Off-Network Gas Risk |
|---|---|---|---|
| 13245000900 | 25.62 | 3.18 | 2.384997478 |
| 13245001200 | 25.61682645 | 3.18 | 2.325377579 |
| 13245001300 | 25.62 | 3.18 | 2.333572289 |
| 13245001400 | 25.62 | 3.18 | 2.687193923 |
| 13245001500 | 25.62 | 3.18 | 2.368565896 |
| 13245001601 | 24.32 | 3.18 | 2.728020221 |
| 13245010300 | 25.59841471 | 3.18 | 2.515045384 |
| 13245010400 | 25.3000823 | 3.18 | 2.298761715 |
| 13245010506 | 24.32 | 3.18 | 2.204865003 |
| 13245010507 | 24.32 | 3.18 | 2.14366174 |
| 13245010508 | 24.32 | 3.18 | 2.195090325 |
| 13245010510 | 24.32 | 3.18 | 2.061788977 |
| 13245010511 | 24.32 | 3.18 | 2.361715693 |
| 13245010600 | 25.53989808 | 3.18 | 2.232836329 |

| Tract ID | OR Light Duty Off-Network Diesel Risk | OR Heavy Duty Off-Network Gas Risk |
|---|---|---|
| 13245000900 | 0.05294001 | 0.017544261 |
| 13245001200 | 0.050986891 | 0.014953652 |
| 13245001300 | 0.052052853 | 0.016742777 |
| 13245001400 | 0.058504143 | 0.019656073 |
| 13245001500 | 0.051885689 | 0.017403581 |
| 13245001601 | 0.063861316 | 0.012852112 |
| 13245010300 | 0.053006559 | 0.016704359 |
| 13245010400 | 0.046270012 | 0.015046205 |
| 13245010506 | 0.037088777 | 0.011603012 |
| 13245010507 | 0.037069551 | 0.011100172 |
| 13245010508 | 0.037163322 | 0.01201533 |
| 13245010510 | 0.034042809 | 0.010999954 |
| 13245010511 | 0.038298509 | 0.012413086 |
| 13245010600 | 0.049440233 | 0.016834988 |

| Tract ID | OR Heavy Duty Off-Network Diesel Risk | OR Light Duty On-Network Gas Risk |
|----------|---------------------------------------|-----------------------------------|
| 13245000900 | 0.010358625 | 2.019400099 |
| 13245001200 | 0.009075524 | 1.73070385 |
| 13245001300 | 0.009934165 | 1.831783974 |
| 13245001400 | 0.011506037 | 2.21048946 |
| 13245001500 | 0.01025636 | 1.992707955 |
| 13245001601 | 0.008902666 | 1.787300065 |
| 13245010300 | 0.010026812 | 2.127782581 |
| 13245010400 | 0.008880482 | 1.986106884 |
| 13245010506 | 0.006556765 | 2.435678276 |
| 13245010507 | 0.006195711 | 1.97565597 |
| 13245010508 | 0.006772758 | 2.449964335 |
| 13245010510 | 0.006171519 | 1.970679129 |
| 13245010511 | 0.00686843 | 1.857777543 |
| 13245010600 | 0.009835113 | 1.358651617 |

| Tract ID | OR Light Duty On-Network Diesel Risk | OR Heavy Duty On-Network Gas Risk |
|---|---|---|
| 13245000900 | 0.092580008 | 0.054413262 |
| 13245001200 | 0.074765705 | 0.04368315 |
| 13245001300 | 0.080246986 | 0.047214229 |
| 13245001400 | 0.095675394 | 0.056730452 |
| 13245001500 | 0.087528923 | 0.051998386 |
| 13245001601 | 0.083347252 | 0.045026706 |
| 13245010300 | 0.089427293 | 0.053363499 |
| 13245010400 | 0.082195853 | 0.050103486 |
| 13245010506 | 0.091557171 | 0.05916742 |
| 13245010507 | 0.074195541 | 0.0487155 |
| 13245010508 | 0.092480993 | 0.060067898 |
| 13245010510 | 0.074970396 | 0.048830209 |
| 13245010511 | 0.071721654 | 0.047027462 |
| 13245010600 | 0.069519617 | 0.040052383 |

| Tract ID | OR Heavy Duty On-Network Diesel Risk | OR Refueling Risk | OR Heavy Duty Hoteling Risk |
|---|---|---|---|
| 13245000900 | 0.390407468 | 0.077258322 | 0.111125354 |
| 13245001200 | 0.333004742 | 0.06528426 | 0.106895918 |
| 13245001300 | 0.341097643 | 0.069587945 | 0.104110951 |
| 13245001400 | 0.401287127 | 0.081862259 | 0.107377345 |
| 13245001500 | 0.364926865 | 0.075576334 | 0.085715736 |
| 13245001601 | 0.422623926 | 0.069266429 | 0.151274259 |
| 13245010300 | 0.390170704 | 0.079869661 | 0.097442004 |
| 13245010400 | 0.362901818 | 0.075101902 | 0.077787511 |
| 13245010506 | 0.434889969 | 0.093295458 | 0.073637102 |
| 13245010507 | 0.364075604 | 0.07735062 | 0.077165292 |
| 13245010508 | 0.431139813 | 0.094610944 | 0.070072281 |
| 13245010510 | 0.352961799 | 0.075189085 | 0.057701823 |
| 13245010511 | 0.33597994 | 0.07035187 | 0.058453638 |
| 13245010600 | 0.311493183 | 0.053298862 | 0.072680318 |

| Tract ID | NR Recreational Risk | NR Construction Risk | NR Commercial Lawn/Garden Risk |
|---|---|---|---|
| 13245000900 | 0.082491099 | 0.204069396 | 0.109194674 |
| 13245001200 | 0.076827808 | 0.223531702 | 0.118513287 |
| 13245001300 | 0.080505513 | 0.2044282 | 0.107440919 |
| 13245001400 | 0.0823568 | 0.204080729 | 0.108132266 |
| 13245001500 | 0.080883489 | 0.20288525 | 0.106553006 |
| 13245001601 | 0.058922363 | 0.28467546 | 0.159172414 |
| 13245010300 | 0.078025831 | 0.201409664 | 0.09928588 |
| 13245010400 | 0.077819377 | 0.190357083 | 0.088603877 |
| 13245010506 | 0.068637281 | 0.166461763 | 0.06507349 |
| 13245010507 | 0.062359043 | 0.173008088 | 0.081287776 |
| 13245010508 | 0.074867654 | 0.171036711 | 0.067258538 |
| 13245010510 | 0.071572955 | 0.163132326 | 0.059311213 |
| 13245010511 | 0.069386585 | 0.157376585 | 0.054993492 |
| 13245010600 | 0.07760632 | 0.19352291 | 0.103743477 |

| Tract ID | NR Residential Lawn/Garden Risk | NR Agriculture Risk | NR Commercial Equipment Risk | NR Other Risk |
|---|---|---|---|---|
| 13245000900 | 0.132151238 | 0.003693227 | 0.096257187 | 0.088868691 |
| 13245001200 | 0.130097638 | 0.003413005 | 0.095031779 | 0.079734867 |
| 13245001300 | 0.12904536 | 0.003489297 | 0.094572365 | 0.084339236 |
| 13245001400 | 0.131751636 | 0.003697791 | 0.095868165 | 0.087261336 |
| 13245001500 | 0.131016551 | 0.003726092 | 0.095310864 | 0.087354615 |
| 13245001601 | 0.120842647 | 0.003028026 | 0.091404965 | 0.06312425 |
| 13245010300 | 0.127137077 | 0.003600274 | 0.090637051 | 0.077363563 |
| 13245010400 | 0.125642699 | 0.003896128 | 0.086480971 | 0.07204457 |
| 13245010506 | 0.11852007 | 0.003806111 | 0.073183016 | 0.049616537 |
| 13245010507 | 0.117371051 | 0.003208887 | 0.07420723 | 0.049274666 |
| 13245010508 | 0.122774454 | 0.003972099 | 0.07702169 | 0.053362005 |
| 13245010510 | 0.118658278 | 0.004192755 | 0.072439532 | 0.049183027 |
| 13245010511 | 0.116466034 | 0.004380667 | 0.06983007 | 0.047097349 |
| 13245010600 | 0.128026457 | 0.004043178 | 0.090293399 | 0.084689252 |

| Tract ID | NR CMV Port (C1 and C2) Risk | NR CMV Port (C3) Risk | NR CMV Underway Risk | NR Locomotive Risk |
|---|---|---|---|---|
| 13245000900 | 0 | 0 | 0 | 0.017176724 |
| 13245001200 | 0 | 0 | 0 | 0.014367054 |
| 13245001300 | 0 | 0 | 0 | 0.016200166 |
| 13245001400 | 0 | 0 | 0 | 0.016741056 |
| 13245001500 | 0 | 0 | 0 | 0.016943264 |
| 13245001601 | 0 | 0 | 0 | 0.008676075 |
| 13245010300 | 0 | 0 | 0 | 0.014226002 |
| 13245010400 | 0 | 0 | 0 | 0.013310098 |
| 13245010506 | 0 | 0 | 0 | 0.007942983 |
| 13245010507 | 0 | 0 | 0 | 0.007793346 |
| 13245010508 | 0 | 0 | 0 | 0.008976636 |
| 13245010510 | 0 | 0 | 0 | 0.00790884 |
| 13245010511 | 0 | 0 | 0 | 0.007435596 |
| 13245010600 | 0 | 0 | 0 | 0.016645403 |

| Tract ID | NR Airport Risk | NR Railyard Risk | NP Industrial Risk | NP Commercial Cooking Risk | NP Oil and Gas Risk |
|---|---|---|---|---|---|
| 13245000900 | 0.038945942 | 0 | 0 | 0.088838192 | 0 |
| 13245001200 | 0.138593078 | 0 | 0 | 0.09160753 | 0 |
| 13245001300 | 0.054574177 | 0 | 0 | 0.089992007 | 0 |
| 13245001400 | 0.044445183 | 0 | 0 | 0.089600505 | 0 |
| 13245001500 | 0.04034088 | 0 | 0 | 0.088421602 | 0 |
| 13245001601 | 0.076088379 | 0 | 0 | 0.100362422 | 0 |
| 13245010300 | 0.046608374 | 0 | 0 | 0.084672146 | 0 |
| 13245010400 | 0.043196949 | 0 | 0 | 0.080380153 | 0 |
| 13245010506 | 0.025978847 | 0 | 0 | 0.068100952 | 0 |
| 13245010507 | 0.030014406 | 0 | 0 | 0.072391665 | 0 |
| 13245010508 | 0.029540769 | 0 | 0 | 0.071116139 | 0 |
| 13245010510 | 0.03442368 | 0 | 0 | 0.066245711 | 0 |
| 13245010511 | 0.046813058 | 0 | 0 | 0.06344599 | 0 |
| 13245010600 | 0.031700435 | 0 | 0 | 0.083572245 | 0 |

| Tract ID | NP Solvent/Coating Risk | NP Storage/Transfer Risk | NP Miscellaneous Nonindustrial Risk |
|---|---|---|---|
| 13245000900 | 0.119133462 | 0.135223368 | 0.049853434 |
| 13245001200 | 0.125982904 | 0.142707384 | 0.05210498 |
| 13245001300 | 0.12224349 | 0.136185257 | 0.050933457 |
| 13245001400 | 0.120224447 | 0.136896111 | 0.050074785 |
| 13245001500 | 0.120410968 | 0.134912303 | 0.050064576 |
| 13245001601 | 0.139241684 | 0.160175076 | 0.05666947 |
| 13245010300 | 0.119131677 | 0.131692502 | 0.048927433 |
| 13245010400 | 0.115143646 | 0.129514598 | 0.047906736 |
| 13245010506 | 0.108947004 | 0.11975476 | 0.043878668 |
| 13245010507 | 0.112118822 | 0.125012497 | 0.045138704 |
| 13245010508 | 0.112895348 | 0.12874083 | 0.045433657 |
| 13245010510 | 0.108034641 | 0.122631191 | 0.043288481 |
| 13245010511 | 0.105382965 | 0.119425571 | 0.042170768 |
| 13245010600 | 0.114129463 | 0.126171261 | 0.048530174 |

| Tract ID | NP Fuel Combustion Risk | NP Residential Wood Combustion Risk | NP Waste Disposal Risk |
|---|---|---|---|
| 13245000900 | 0.013155698 | 0.678965401 | 0.220564475 |
| 13245001200 | 0.013011779 | 0.665226073 | 0.209243962 |
| 13245001300 | 0.012786157 | 0.676859662 | 0.213667435 |
| 13245001400 | 0.013086098 | 0.679871288 | 0.217703951 |
| 13245001500 | 0.013134627 | 0.677697185 | 0.21776832 |
| 13245001601 | 0.013574013 | 0.649836076 | 0.216388522 |
| 13245010300 | 0.01215947 | 0.634530077 | 0.199070932 |
| 13245010400 | 0.012166434 | 0.603214063 | 0.191602632 |
| 13245010506 | 0.011090555 | 0.491262309 | 0.157575273 |
| 13245010507 | 0.011079582 | 0.504577131 | 0.176194179 |
| 13245010508 | 0.011456234 | 0.513906309 | 0.164160165 |
| 13245010510 | 0.010796645 | 0.476993843 | 0.152237319 |
| 13245010511 | 0.010289984 | 0.453126493 | 0.145211472 |
| 13245010600 | 0.012529572 | 0.665097494 | 0.20987087 |

| Tract ID | NP Agriculture-Livestock Risk | 1_1_2-Trichloroethane Risk | 1_2-Dibromo-3-Chloropropane Risk |
|---|---|---|---|
| 13245000900 | 0.003099583 | 2.68E-05 | 0.017066113 |
| 13245001200 | 0.002688841 | 1.95E-05 | 0.018821308 |
| 13245001300 | 0.002883497 | 2.00E-05 | 0.017764733 |
| 13245001400 | 0.003065739 | 2.50E-05 | 0.016716262 |
| 13245001500 | 0.003175518 | 2.80E-05 | 0.015446385 |
| 13245001601 | 0.002266818 | 2.18E-05 | 0.017687897 |
| 13245010300 | 0.002940449 | 2.33E-05 | 0.016780922 |
| 13245010400 | 0.003235906 | 2.84E-05 | 0.015219942 |
| 13245010506 | 0.003001223 | 2.83E-05 | 0.013644243 |
| 13245010507 | 0.002750922 | 2.33E-05 | 0.016689912 |
| 13245010508 | 0.003268652 | 3.32E-05 | 0.013363765 |
| 13245010510 | 0.003420541 | 3.09E-05 | 0.012060713 |
| 13245010511 | 0.003573568 | 3.04E-05 | 0.011594581 |
| 13245010600 | 0.003682402 | 2.98E-05 | 0.019364059 |

| Tract ID | 1_2-Diphenylhydrazine Risk | 1_2_3_4_5_6-Hexachlorocyclyhexane Risk | 1_3-Butadiene Risk |
|---|---|---|---|
| 13245000900 | 0 | 0 | 0.948547726 |
| 13245001200 | 0 | 0 | 0.89006807 |
| 13245001300 | 0 | 0 | 0.91256177 |
| 13245001400 | 0 | 0 | 1.074252078 |
| 13245001500 | 0 | 0 | 0.945359134 |
| 13245001601 | 0 | 0 | 0.964979824 |
| 13245010300 | 0 | 0 | 0.981310753 |
| 13245010400 | 0 | 0 | 0.898622629 |
| 13245010506 | 0 | 0 | 0.92370893 |
| 13245010507 | 0 | 0 | 0.812635788 |
| 13245010508 | 0 | 0 | 0.918829807 |
| 13245010510 | 0 | 0 | 0.825079122 |
| 13245010511 | 0 | 0 | 0.885069665 |
| 13245010600 | 0 | 0 | 0.815720445 |

| Tract ID | 1_3-Dichloropropene Risk | 1_3-Propane Sultone Risk | 1_4-Dichlorobenzene Risk | 1_4-Dioxane Risk |
|---|---|---|---|---|
| 13245000900 | 0.000152158 | 0 | 0.002252833 | 0.000192816 |
| 13245001200 | 8.81E-05 | 0 | 0.002223503 | 0.000181572 |
| 13245001300 | 0.000103652 | 0 | 0.002217807 | 0.000182243 |
| 13245001400 | 0.000130271 | 0 | 0.002232111 | 0.000188093 |
| 13245001500 | 0.000148845 | 0 | 0.002264248 | 0.000192442 |
| 13245001601 | 0.000156448 | 0 | 0.002445455 | 0.00017916 |
| 13245010300 | 0.00010475 | 0 | 0.002204992 | 0.000180821 |
| 13245010400 | 0.000122205 | 0 | 0.002260158 | 0.000183089 |
| 13245010506 | 8.59E-05 | 0 | 0.002169862 | 0.000154281 |
| 13245010507 | 0.000130376 | 0 | 0.002406965 | 0.000158419 |
| 13245010508 | 9.86E-05 | 0 | 0.002256798 | 0.000168261 |
| 13245010510 | 0.000109385 | 0 | 0.002287107 | 0.000173796 |
| 13245010511 | 0.000119448 | 0 | 0.002358834 | 0.000185829 |
| 13245010600 | 0.000260928 | 0 | 0.002440122 | 0.000217974 |

| Tract ID | 2-Acetylaminofluorene Risk | 2-Nitropropane Risk | 2_4-Dinitrotoluene Risk | 2_4-Toluene Diamine Risk |
|---|---|---|---|---|
| 13245000900 | 0 | 2.23E-08 | 4.28E-05 | 0 |
| 13245001200 | 0 | 2.25E-08 | 4.26E-05 | 0 |
| 13245001300 | 0 | 2.25E-08 | 4.12E-05 | 0 |
| 13245001400 | 0 | 2.25E-08 | 4.42E-05 | 0 |
| 13245001500 | 0 | 2.23E-08 | 4.33E-05 | 0 |
| 13245001601 | 0 | 2.34E-08 | 4.51E-05 | 0 |
| 13245010300 | 0 | 2.14E-08 | 4.08E-05 | 0 |
| 13245010400 | 0 | 2.00E-08 | 3.83E-05 | 0 |
| 13245010506 | 0 | 1.62E-08 | 3.08E-05 | 0 |
| 13245010507 | 0 | 1.76E-08 | 3.33E-05 | 0 |
| 13245010508 | 0 | 1.69E-08 | 3.19E-05 | 0 |
| 13245010510 | 0 | 1.58E-08 | 3.02E-05 | 0 |
| 13245010511 | 0 | 1.52E-08 | 2.87E-05 | 0 |
| 13245010600 | 0 | 2.08E-08 | 4.12E-05 | 0 |

| Tract ID | 2_4-Toluene Diisocyanate Risk | 2_4_6-Trichlorophenol Risk | 3_3'-Dichlorobenzidine Risk |
|---|---|---|---|
| 13245000900 | 0.000155796 | 6.74E-06 | 0 |
| 13245001200 | 0.00016032 | 6.38E-06 | 0 |
| 13245001300 | 0.000159246 | 6.56E-06 | 0 |
| 13245001400 | 0.000159556 | 6.64E-06 | 0 |
| 13245001500 | 0.000152324 | 6.65E-06 | 0 |
| 13245001601 | 0.000177039 | 6.09E-06 | 0 |
| 13245010300 | 0.000153237 | 6.09E-06 | 0 |
| 13245010400 | 0.000149816 | 5.72E-06 | 0 |
| 13245010506 | 0.000136626 | 4.28E-06 | 0 |
| 13245010507 | 0.000141428 | 4.66E-06 | 0 |
| 13245010508 | 0.000142979 | 4.50E-06 | 0 |
| 13245010510 | 0.000136643 | 4.16E-06 | 0 |
| 13245010511 | 0.000135538 | 4.01E-06 | 0 |
| 13245010600 | 0.000149368 | 6.49E-06 | 0 |

| Tract ID | 4-Dimethylaminoazobenzene Risk | 4_4'-Methylene Bis(2-Chloroaniline) Risk | 4_4'-Methylenedianiline Risk |
|---|---|---|---|
| 13245000900 | 0 | 0 | 0 |
| 13245001200 | 0 | 0 | 0 |
| 13245001300 | 0 | 0 | 0 |
| 13245001400 | 0 | 0 | 0 |
| 13245001500 | 0 | 0 | 0 |
| 13245001601 | 0 | 0 | 0 |
| 13245010300 | 0 | 0 | 0 |
| 13245010400 | 0 | 0 | 0 |
| 13245010506 | 0 | 0 | 0 |
| 13245010507 | 0 | 0 | 0 |
| 13245010508 | 0 | 0 | 0 |
| 13245010510 | 0 | 0 | 0 |
| 13245010511 | 0 | 0 | 0 |
| 13245010600 | 0 | 0 | 0 |

| Tract ID | Acetaldehyde Risk | Acetamide Risk | Acrylamide Risk | Acrylonitrile Risk | Allyl Chloride Risk | Aniline Risk |
|---|---|---|---|---|---|---|
| 13245000900 | 4.545161212 | 0.001637426 | 0.063425493 | 0.016270478 | 1.58E-06 | 0.00047589 |
| 13245001200 | 4.530246595 | 0.001337076 | 0.029399672 | 0.01209895 | 1.61E-06 | 0.000520692 |
| 13245001300 | 4.534390744 | 0.001475867 | 0.038481908 | 0.012500689 | 1.60E-06 | 0.000486611 |
| 13245001400 | 4.55840647 | 0.001598818 | 0.051896135 | 0.01519531 | 1.59E-06 | 0.000465597 |
| 13245001500 | 4.541754333 | 0.001674094 | 0.061636922 | 0.016810558 | 1.60E-06 | 0.000430729 |
| 13245001601 | 4.5281308 | 0.001012117 | 0.016441167 | 0.021689092 | 1.67E-06 | 0.000491465 |
| 13245010300 | 4.54683693 | 0.001467992 | 0.03762943 | 0.014034613 | 1.52E-06 | 0.000466397 |
| 13245010400 | 4.544560202 | 0.001593093 | 0.048701837 | 0.016277895 | 1.42E-06 | 0.000422386 |
| 13245010506 | 4.576713741 | 0.001296423 | 0.028719786 | 0.014937092 | 1.15E-06 | 0.000376725 |
| 13245010507 | 4.533941674 | 0.00115961 | 0.020921008 | 0.020744109 | 1.26E-06 | 0.000460131 |
| 13245010508 | 4.583203203 | 0.001436404 | 0.038077455 | 0.016756301 | 1.20E-06 | 0.000372458 |
| 13245010510 | 4.564117064 | 0.001502608 | 0.044434515 | 0.015893183 | 1.13E-06 | 0.000337446 |
| 13245010511 | 4.572955489 | 0.001561407 | 0.049711877 | 0.015905829 | 1.07E-06 | 0.000323327 |
| 13245010600 | 4.518327504 | 0.002018991 | 0.11978349 | 0.01842507 | 1.48E-06 | 0.000537943 |

| Tract ID | Arsenic Compounds(Inorganic Including Arsine) Risk | Benzene Risk | Benzidine Risk | Benzyl Chloride Risk |
|---|---|---|---|---|
| 13245000900 | 0.128640127 | 3.402533026 | 0 | 5.42E-06 |
| 13245001200 | 0.122122049 | 3.211617719 | 0 | 5.46E-06 |
| 13245001300 | 0.122251249 | 3.243479678 | 0 | 5.42E-06 |
| 13245001400 | 0.124730644 | 3.641721768 | 0 | 5.47E-06 |
| 13245001500 | 0.130410307 | 3.368116893 | 0 | 5.48E-06 |
| 13245001601 | 0.114531015 | 3.346516725 | 0 | 5.78E-06 |
| 13245010300 | 0.124968722 | 3.47994304 | 0 | 5.27E-06 |
| 13245010400 | 0.14463531 | 3.304509228 | 0 | 4.92E-06 |
| 13245010506 | 0.196696249 | 3.4959634 | 0 | 3.97E-06 |
| 13245010507 | 0.146050138 | 3.295707701 | 0 | 4.30E-06 |
| 13245010508 | 0.180695689 | 3.561049377 | 0 | 4.14E-06 |
| 13245010510 | 0.169455864 | 3.155995277 | 0 | 3.86E-06 |
| 13245010511 | 0.149838795 | 3.23039947 | 0 | 3.71E-06 |
| 13245010600 | 0.12114652 | 3.076852856 | 0 | 5.03E-06 |

| Tract ID | Beryllium Compounds Risk | Bis(2-Ethylhexyl)Phthalate (DEHP) Risk | Bis(Chloromethyl) Ether Risk |
|---|---|---|---|
| 13245000900 | 0.003899189 | 0.000666302 | 0 |
| 13245001200 | 0.003650344 | 0.000631472 | 0 |
| 13245001300 | 0.003742915 | 0.000640284 | 0 |
| 13245001400 | 0.003806667 | 0.000683188 | 0 |
| 13245001500 | 0.003948628 | 0.000677928 | 0 |
| 13245001601 | 0.003476509 | 0.000617632 | 0 |
| 13245010300 | 0.003482408 | 0.000610514 | 0 |
| 13245010400 | 0.003748296 | 0.000584993 | 0 |
| 13245010506 | 0.003717129 | 0.000453554 | 0 |
| 13245010507 | 0.003937113 | 0.000486163 | 0 |
| 13245010508 | 0.003919916 | 0.000470885 | 0 |
| 13245010510 | 0.003763167 | 0.000455606 | 0 |
| 13245010511 | 0.003882419 | 0.000445752 | 0 |
| 13245010600 | 0.004304677 | 0.00069339 | 0 |

| Tract ID | Bromoform Risk | Chromium VI (Hexavalent) Risk | Cadmium Compounds Risk | Carbon Tetrachloride Risk |
|---|---|---|---|---|
| 13245000900 | 2.00E-06 | 0.469710671 | 0.020278832 | 3.180687961 |
| 13245001200 | 2.15E-06 | 0.280208509 | 0.012358188 | 3.180689805 |
| 13245001300 | 1.98E-06 | 0.419792674 | 0.017449406 | 3.180680995 |
| 13245001400 | 1.96E-06 | 0.558538184 | 0.023234409 | 3.180688875 |
| 13245001500 | 1.87E-06 | 0.58346505 | 0.023920454 | 3.180684041 |
| 13245001601 | 2.36E-06 | 0.229033548 | 0.015847305 | 3.180693765 |
| 13245010300 | 1.93E-06 | 0.485320518 | 0.017991728 | 3.180663977 |
| 13245010400 | 1.78E-06 | 0.752090053 | 0.027060952 | 3.18067928 |
| 13245010506 | 1.60E-06 | 0.341563398 | 0.017297373 | 3.180689168 |
| 13245010507 | 1.88E-06 | 0.2890396 | 0.014015768 | 3.180735005 |
| 13245010508 | 1.60E-06 | 0.527014163 | 0.021727002 | 3.18071875 |
| 13245010510 | 1.48E-06 | 0.930750502 | 0.018808011 | 3.180700549 |
| 13245010511 | 1.43E-06 | 2.711196246 | 0.014703924 | 3.180712158 |
| 13245010600 | 1.92E-06 | 0.536519548 | 0.030561363 | 3.180690008 |

| Tract ID | Chlordane Risk | Chlorobenzilate Risk | Chloroprene Risk | Coke Oven Emissions Risk |
|---|---|---|---|---|
| 13245000900 | 0 | 0 | 0.000104971 | 0 |
| 13245001200 | 0 | 0 | 0.000105332 | 0 |
| 13245001300 | 0 | 0 | 0.000105931 | 0 |
| 13245001400 | 0 | 0 | 0.000106102 | 0 |
| 13245001500 | 0 | 0 | 0.000103541 | 0 |
| 13245001601 | 0 | 0 | 0.00011409 | 0 |
| 13245010300 | 0 | 0 | 0.000100118 | 0 |
| 13245010400 | 0 | 0 | 9.17E-05 | 0 |
| 13245010506 | 0 | 0 | 6.79E-05 | 0 |
| 13245010507 | 0 | 0 | 6.86E-05 | 0 |
| 13245010508 | 0 | 0 | 7.08E-05 | 0 |
| 13245010510 | 0 | 0 | 6.63E-05 | 0 |
| 13245010511 | 0 | 0 | 6.37E-05 | 0 |
| 13245010600 | 0 | 0 | 9.70E-05 | 0 |

| Tract ID | Dichloroethyl Ether (Bis[2-Chloroethyl]Ether) Risk | Epichlorohydrin Risk | Ethylbenzene Risk |
|---|---|---|---|
| 13245000900 | | 0 | 7.41E-08 | 0.366325059 |
| 13245001200 | | 0 | 7.48E-08 | 0.336778684 |
| 13245001300 | | 0 | 7.46E-08 | 0.348036836 |
| 13245001400 | | 0 | 7.47E-08 | 0.396809978 |
| 13245001500 | | 0 | 7.41E-08 | 0.361314754 |
| 13245001601 | | 0 | 7.78E-08 | 0.372008324 |
| 13245010300 | | 0 | 7.08E-08 | 0.378202738 |
| 13245010400 | | 0 | 6.63E-08 | 0.350307882 |
| 13245010506 | | 0 | 5.37E-08 | 0.366278671 |
| 13245010507 | | 0 | 5.87E-08 | 0.323896085 |
| 13245010508 | | 0 | 5.60E-08 | 0.371107622 |
| 13245010510 | | 0 | 5.24E-08 | 0.321759096 |
| 13245010511 | | 0 | 5.02E-08 | 0.328681585 |
| 13245010600 | | 0 | 6.91E-08 | 0.297962042 |

| Tract ID | Ethyl Carbamate (Urethane) Chloride (Chloroethane) Risk | Ethylene Dibromide (Dibromoethane) Risk |
|---|---|---|
| 13245000900 | 0 | 0.004317303 |
| 13245001200 | 0 | 0.003145746 |
| 13245001300 | 0 | 0.003269406 |
| 13245001400 | 0 | 0.004028087 |
| 13245001500 | 0 | 0.004473784 |
| 13245001601 | 0 | 0.005916972 |
| 13245010300 | 0 | 0.003709207 |
| 13245010400 | 0 | 0.004278073 |
| 13245010506 | 0 | 0.003788624 |
| 13245010507 | 0 | 0.005563668 |
| 13245010508 | 0 | 0.004241893 |
| 13245010510 | 0 | 0.004074039 |
| 13245010511 | 0 | 0.004152777 |
| 13245010600 | 0 | 0.004949199 |

| Tract ID | Ethylene Dichloride (1_2-Dichloroethane) Risk | Ethylene Oxide Risk | Ethylene Thiourea Risk |
|---|---|---|---|
| 13245000900 | 0.006516364 | 2.205943643 | 0 |
| 13245001200 | 0.006720124 | 1.110514034 | 0 |
| 13245001300 | 0.006547772 | 2.853301703 | 0 |
| 13245001400 | 0.006522408 | 3.63257469 | 0 |
| 13245001500 | 0.006509094 | 3.057028877 | 0 |
| 13245001601 | 0.006934223 | 1.142038248 | 0 |
| 13245010300 | 0.006286853 | 3.949275045 | 0 |
| 13245010400 | 0.006446909 | 20.58445171 | 0 |
| 13245010506 | 0.006638187 | 2.026716528 | 0 |
| 13245010507 | 0.007115043 | 1.920190147 | 0 |
| 13245010508 | 0.007016385 | 4.359498714 | 0 |
| 13245010510 | 0.006639022 | 3.841260729 | 0 |
| 13245010511 | 0.006601212 | 1.371555909 | 0 |
| 13245010600 | 0.00637144 | 2.928997543 | 0 |

| Tract ID | Ethylidene Dichloride (1_1-Dichloroethane) Risk | Formaldehyde Risk | Heptachlor Risk |
|---|---|---|---|
| 13245000900 | 4.52E-05 | 29.16992413 | 0 |
| 13245001200 | 3.26E-05 | 29.07466658 | 0 |
| 13245001300 | 3.38E-05 | 29.08053775 | 0 |
| 13245001400 | 4.19E-05 | 29.24577193 | 0 |
| 13245001500 | 4.67E-05 | 29.12693369 | 0 |
| 13245001601 | 3.53E-05 | 27.82555495 | 0 |
| 13245010300 | 3.85E-05 | 29.12725061 | 0 |
| 13245010400 | 4.68E-05 | 28.79086167 | 0 |
| 13245010506 | 4.50E-05 | 28.00941283 | 0 |
| 13245010507 | 3.71E-05 | 27.65638149 | 0 |
| 13245010508 | 5.32E-05 | 28.05684124 | 0 |
| 13245010510 | 5.06E-05 | 27.88171051 | 0 |
| 13245010511 | 5.16E-05 | 27.88901084 | 0 |
| 13245010600 | 5.20E-05 | 28.89234848 | 0 |

| Tract ID | Hexachlorobenzene Risk | Hexachlorobutadiene Risk | Hydrazine Risk | Methyl Tert-Butyl Ether Risk |
|---|---|---|---|---|
| 13245000900 | 0.000167693 | 2.25E-07 | 0 | 1.11E-06 |
| 13245001200 | 0.000158137 | 2.22E-07 | 0 | 1.18E-06 |
| 13245001300 | 0.000158432 | 2.25E-07 | 0 | 1.09E-06 |
| 13245001400 | 0.000170138 | 2.25E-07 | 0 | 1.09E-06 |
| 13245001500 | 0.000167605 | 2.25E-07 | 0 | 1.05E-06 |
| 13245001601 | 0.000154563 | 2.26E-07 | 0 | 1.29E-06 |
| 13245010300 | 0.000151855 | 2.08E-07 | 0 | 1.07E-06 |
| 13245010400 | 0.000142757 | 1.95E-07 | 0 | 9.89E-07 |
| 13245010506 | 0.000107687 | 1.59E-07 | 0 | 8.67E-07 |
| 13245010507 | 0.000117019 | 1.73E-07 | 0 | 1.01E-06 |
| 13245010508 | 0.000111932 | 1.66E-07 | 0 | 8.86E-07 |
| 13245010510 | 0.000104701 | 1.55E-07 | 0 | 8.12E-07 |
| 13245010511 | 9.99E-05 | 1.49E-07 | 0 | 7.78E-07 |
| 13245010600 | 0.000166442 | 2.05E-07 | 0 | 1.06E-06 |

| Tract ID | Methylene Chloride Risk | N-Nitrosodimethylamine Risk | N-Nitrosomorpholine Risk | Nickel Compounds Risk |
|---|---|---|---|---|
| 13245000900 | 0.002590318 | 0 | 0 | 0.062053579 |
| 13245001200 | 0.002595865 | 0 | 0 | 0.038951834 |
| 13245001300 | 0.002547763 | 0 | 0 | 0.053533503 |
| 13245001400 | 0.002584446 | 0 | 0 | 0.068865608 |
| 13245001500 | 0.002566989 | 0 | 0 | 0.072818838 |
| 13245001601 | 0.002937047 | 0 | 0 | 0.05122659 |
| 13245010300 | 0.002446657 | 0 | 0 | 0.059610247 |
| 13245010400 | 0.002610591 | 0 | 0 | 0.08497733 |
| 13245010506 | 0.002989053 | 0 | 0 | 0.046302876 |
| 13245010507 | 0.003422228 | 0 | 0 | 0.048381877 |
| 13245010508 | 0.003138367 | 0 | 0 | 0.060384384 |
| 13245010510 | 0.002937056 | 0 | 0 | 0.089446246 |
| 13245010511 | 0.002878587 | 0 | 0 | 0.223165136 |
| 13245010600 | 0.002557724 | 0 | 0 | 0.104033457 |

| Tract ID | Naphthalene Risk | Nitrobenzene Risk | PAHPOM Risk | Polychlorinated Biphenyls (Aroclors) Risk |
|---|---|---|---|---|
| 13245000900 | 0.912398411 | 3.64E-06 | 0.115953115 | 9.46E-07 |
| 13245001200 | 0.920470237 | 3.65E-06 | 0.11683294 | 1.04E-06 |
| 13245001300 | 0.889318556 | 3.71E-06 | 0.11353316 | 1.13E-06 |
| 13245001400 | 0.952248005 | 3.69E-06 | 0.115473268 | 1.02E-06 |
| 13245001500 | 0.893079906 | 3.45E-06 | 0.1163359 | 1.02E-06 |
| 13245001601 | 0.951208286 | 3.77E-06 | 0.114217157 | 6.59E-07 |
| 13245010300 | 0.921724579 | 3.40E-06 | 0.113684808 | 1.14E-06 |
| 13245010400 | 0.868838645 | 3.21E-06 | 0.117744217 | 1.14E-06 |
| 13245010506 | 0.885084149 | 2.60E-06 | 0.126015633 | 1.21E-06 |
| 13245010507 | 0.809024431 | 2.83E-06 | 0.116331169 | 7.71E-07 |
| 13245010508 | 0.895362918 | 2.70E-06 | 0.122836432 | 1.45E-06 |
| 13245010510 | 0.813659615 | 2.54E-06 | 0.121178223 | 1.97E-06 |
| 13245010511 | 0.820256438 | 2.43E-06 | 0.116036928 | 2.48E-06 |
| 13245010600 | 0.801663483 | 3.33E-06 | 0.113338023 | 8.34E-07 |

| Tract ID | Pentachlorophenol Risk | Propylene Oxide Risk | Tetrachloroethylene Risk | O-Toluidine Risk |
|---|---|---|---|---|
| 13245000900 | 1.47E-08 | 0.000189003 | 0.004427288 | 0.000239253 |
| 13245001200 | 1.50E-08 | 0.00018025 | 0.004295653 | 0.000258151 |
| 13245001300 | 1.55E-08 | 0.000174821 | 0.004314655 | 0.000237016 |
| 13245001400 | 1.52E-08 | 0.000184315 | 0.004426667 | 0.000234484 |
| 13245001500 | 1.52E-08 | 0.00018676 | 0.004456025 | 0.000222869 |
| 13245001601 | 1.46E-08 | 0.000180152 | 0.004663855 | 0.000278223 |
| 13245010300 | 1.52E-08 | 0.000176153 | 0.004141219 | 0.000230348 |
| 13245010400 | 1.62E-08 | 0.000180533 | 0.004281057 | 0.000212748 |
| 13245010506 | 1.60E-08 | 0.000159926 | 0.004272288 | 0.000190055 |
| 13245010507 | 1.65E-08 | 0.000170922 | 0.004822524 | 0.000226073 |
| 13245010508 | 1.56E-08 | 0.00016999 | 0.004523382 | 0.000192077 |
| 13245010510 | 1.74E-08 | 0.000177012 | 0.004361774 | 0.000175907 |
| 13245010511 | 1.95E-08 | 0.000194023 | 0.004356068 | 0.000169298 |
| 13245010600 | 1.82E-08 | 0.000213532 | 0.004438048 | 0.000234197 |

| Tract ID | Toxaphene (Chlorinated Camphene) Risk | Trichloroethylene Risk | Vinyl Bromide Risk | Vinyl Chloride Risk |
|---|---|---|---|---|
| 13245000900 | 0 | 0.069458391 | 0 | 0.00122265 |
| 13245001200 | 0 | 0.068948542 | 0 | 0.000904422 |
| 13245001300 | 0 | 0.067896314 | 0 | 0.00093672 |
| 13245001400 | 0 | 0.06934868 | 0 | 0.001153288 |
| 13245001500 | 0 | 0.070153797 | 0 | 0.001276651 |
| 13245001601 | 0 | 0.070976598 | 0 | 0.001342789 |
| 13245010300 | 0 | 0.064974617 | 0 | 0.001066364 |
| 13245010400 | 0 | 0.063888442 | 0 | 0.001279359 |
| 13245010506 | 0 | 0.056593989 | 0 | 0.001245869 |
| 13245010507 | 0 | 0.058469771 | 0 | 0.001477944 |
| 13245010508 | 0 | 0.060023876 | 0 | 0.001426303 |
| 13245010510 | 0 | 0.056559558 | 0 | 0.001369509 |
| 13245010511 | 0 | 0.054886915 | 0 | 0.00140921 |
| 13245010600 | 0 | 0.070889576 | 0 | 0.001407694 |