# EXHIBIT I

# NIOSH

## SPECIAL OCCUPATIONAL HAZARD REVIEW with CONTROL RECOMMENDATIONS







## Use of Ethylene Oxide as a Sterilant in Medical Facilities



U. S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service
Center for Disease Control
National Institute for Occupational Safety and Health

SPECIAL OCCUPATIONAL HAZARD REVIEW
WITH
CONTROL RECOMMENDATIONS
FOR THE
USE OF ETHYLENE OXIDE AS A STERILANT IN MEDICAL FACILITIES

prepared by
Zorach R. Glaser, Ph.D

U.S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service
Center for Disease Control
National Institute for Occupational Safety and Health
Division of Criteria Documentation and Standards Development
Priorities and Research Analysis Branch
Rockville, Maryland

August 1977

For sale by the Superintendent of Documents, U.S. Government
Printing Office, Washington, D.C. 20402

DISCLAIMER

Mention of company name or product does not constitute endorsement by the
National Institute for Occupational Safety and Health.

**DHEW (NIOSH) Publication No. 77-200**

SUMMARY AND CONCLUSIONS

Ethylene oxide (ETO) is used extensively within health care facilities for sterilization of equipment and supplies which are heat sensitive. It is unique for this purpose. Alternative chemicals or processes have, in themselves, serious limitations or health hazards. NIOSH recognizes, therefore, that the continued use of ETO as a gaseous sterilant is highly desirable in many situations. Recent results of tests for mutagenesis have increased the concern for potential health hazards associated with exposure to ETO. In order to assess the potential for exposure and associated hazards, NIOSH has undertaken this Special Occupational Hazard Review. An assessment is made of the evidence for toxic effects of ETO, especially with respect to mutagenic, teratogenic and carcinogenic potentials. Additionally, a limited field survey was conducted by NIOSH to document the use, problems, and potential for human exposure in medical facilities. The results of this survey were in agreement with data made available by the American Hospital Association, the U.S. Army, other Federal agencies, and industrial and professional organizations. Based on this review, measures for control of occupational exposure are recommended.

The acute toxic effects of ETO in man and animals include acute respiratory and eye irritation, skin sensitization, vomiting, and diarrhea. Known chronic effects consist of respiratory irritation and secondary respiratory infection, anemia, and altered behavior.

The observations of (a) heritable alterations in at least 13 different lower biological species following exposure to ETO, (b) alterations in the structure of the genetic material in somatic cells of the rat, and (c) covalent chemical bonding between ETO and DNA support the conclusion that continuous occupational exposure to significant concentrations of ETO may induce an increase in the frequency of mutations in human populations. At present, however, a substantive basis for quantitative evaluation of the genetic risk to exposed human populations does not exist.

No definitive epidemiological studies, and no standard long-term carcinogenesis assays, are available on which to assess carcinogenic potential. Limited tests by skin application or subcutaneous injections in mice did not reveal carcinogenicity. However, the alkylating and mutagenic properties of ETO are sufficient bases for concern about its potential carcinogenicity. Neither animal nor human data are available on which to assess the potential teratogenicity of ETO.

NIOSH recommends that ETO be considered as mutagenic and potentially carcinogenic to humans, and that occupational exposure to it be minimized by eliminating all unnecessary and improper uses of ETO in medical facilities. Whenever alternative sterilization processes are available which do not present similar or more serious hazards to the employee, they should be substituted for ETO sterilization processes whenever possible. Although this review is limited to ETO, concern is also expressed for hazards from such hydration and reaction products of ETO as ethylene glycol and ethylene chlorohydrin, the latter a teratogen to some lower biological species.

This report includes a summary of the airborne ETO concentrations measured within health care facilities as part of the field survey. NIOSH estimates that there are in excess of 10 thousand ETO sterilizers in use in U.S. health care facilities, and that approximately 75 thousand workers are potentially exposed to ETO in those facilities. Reasons for the unnecessary exposure of personnel were found to include: improper or inadequate ventilation of sterilizers, aerators, and working spaces; improper handling and/or storage of sterilized items; untrained workers operating some sterilization equipment; improper operating techniques leading to mishandling of some ETO sterilizing equipment; poor design of the sterilization facility; and, design limitations of the sterilization equipment.

NIOSH recommends, based on the recent results of tests for mutagenesis, that exposure to ETO be controlled so that workers are not exposed to a concentration greater than 135 mg/cu m (75 ppm) determined during a 15-minute sampling period, as a ceiling occupational exposure limit and in addition, with the provision that the time-weighted average (TWA) concentration limit of 90 mg/cu m (50 ppm) for a workday not be exceeded. As additional information on the toxic effects of ETO becomes available, this recommended level for exposures of short duration may be altered. The adequacy of the current U.S. ETO standard, which was based on the data available at the time of promulgation, has not been addressed in this report. Further assessment of other ETO exposure situations, and of the adequacy of the ETO occupational exposure standard will be undertaken during the FY 80 development of a NIOSH criteria document for occupational exposure to epoxides. In the interim, NIOSH strongly recommends that control strategies, such as those described in this document, or others considered to be more applicable to particular local situations, be implemented to assure maximum protection of the health of employees. Good work practices will help to assure their safety.

Where the use of ETO is to be continued, improved techniques of exhausting the gas from the sterilizer, the aerator, and the sterilized items need to be implemented. Gas sterilization should be supervised and the areas into which ETO may escape should be monitored to prevent all unnecessary exposure of personnel. When proper control measures are instituted, the escape of ETO into the environment will be greatly reduced. Under such control, the use of ETO as a gaseous sterilizant in medical facilities can be continued with considerably less risk to the health of occupationally-exposed employees.

INTRODUCTION

Ethylene oxide (ETO) is a high volume chemical used primarily as an intermediate in the production of ethylene glycol (27% of total consumption), polyethylene terephthalate polyester fiber and film (23%), non-ionic surface-active agents (13%), ethanolamines (9%), with production of di- and tri-ethylene glycol, choline and choline chloride, and other organic chemicals consuming most of the remaining ETO. Although it is estimated that only about 0.02% of the total amount of ETO produced in the U.S. in 1976 was used for sterilization in medical facilities, this amounted to approximately 500,000 kg.

ETO is registered with the U.S. Environmental Protection Agency as a fungicide for fumigation of books, dental, pharmaceutical, medical and scientific equipment and supplies (glass, metals, plastics, rubber or textiles), drugs, leather, motor oil, paper, soil, bedding for experimental animals, clothing, furs, furniture, and transportation vehicles, such as jet aircraft, buses, and railroad passenger cars.

It has been used also to sterilize foodstuffs such as spices, cocoa, flour, dried egg powder, desiccated coconut, dried fruits and dehydrated vegetables (Wesley et al, 1965), and to accelerate the "maturing" of tobacco leaves (Fishbein, 1969). At one time (Stehle et al , 1924), ETO was used briefly as a possible anesthetic agent, but was discarded due to toxic effects.

This Hazard Review Document pertains only to the use of ETO in sterilization of medical supplies and equipment within medical and related facilities. The term "medical facilities" will be used to include hospitals, nursing and "total care" homes, medical, dental and veterinary clinics or facilities, and certain research laboratories affiliated with medical centers.

ETO is manufactured by the catalytic oxidation of ethylene with air (or oxygen) in the presence of a silver catalyst. Since 1972, this has been the only method used in the U.S. Wurtz, in 1859, prepared ETO from ethylene chlorohydrin and potassium hydroxide. Until 1957, the chlorohydrin process was the principal method of manufacturing ETO in the U.S.

In March 1973, the 13 companies which produced ETO in the U.S. and Puerto Rico had a total production of 1,892 million kg. In 1976, the annual U.S. production of ETO had grown to approximately 2,100 million kg, giving to this chemical a position within the top twenty-five chemicals (by volume) produced in the U.S. It is used extensively worldwide, with total production in Japan in 1974 of 415 million kg. European production in 1972 has been estimated at 865 million kg.

The current U.S. standard (OSHA) for occupational exposure to ETO is 50 parts per million (ppm) parts of air, as a time weighted average (TWA) concentration for an 8-hour exposure (CFR 1910.1000), which corresponds approximately to 90 milligrams per cubic meter of air (mg/cu m). The USSR has a standard of 0.5 ppm, (1 mg/cu m), which was adopted in 1966 [Winell, 1975]. Standards of 50 ppm and 20 ppm (36 mg/cu m) are in effect in the Federal Republic of Germany and Sweden, respectively.

While this review includes all known biohazards of ethylene oxide, special emphasis was devoted to its potentials for exerting carcinogenic,

1

mutagenic, and teratogenic effects. Recent reports of the mutagenic potential of ETO [Embree and Hine, 1975; Ehrenberg et al, 1974], coupled with the "Report of the Secretary's Commission on Pesticides and their Relationship to Environmental Health" [Mrak, DHEW Report, 1969], have prompted a reassessment of the adequacy of the current U.S. occupational exposure standard, as well as a critical appraisal regarding re-registration of the compound by the Environmental Protection Agency (as required under the Federal Insecticide, Fungicide, and Rodenticide Act, FIFRA). This latter action has resulted in a reappraisal by the Department of Health, Education, and Welfare of the use of ETO for sterilization purposes within health care facilities.

During the preparation of this review, a limited field survey of ETO use in medical facilities was conducted by NIOSH in order to better assess the actual occupational exposure situation. A summary of the results of the field survey is presented, and serves as a basis for the recommended control measures. Extensive use was made of information provided by other federal agencies, and from industrial, trade, and professional organizations. In addition, the "Draft Technical Standard and Supporting Documentation for Ethylene Oxide," prepared under the joint NIOSH/OSHA Standards Completion Program, assisted in the preparation of the engineering and control sections of this review. NIOSH was represented on the Ethylene Oxide Subcommittee of the Committee to Coordinate Toxicology and Related Programs (CCTRP), U.S. Department of Health, Education, and Welfare. The Subcommittee met during the period January 30 - March 30, 1977. Certain sections of this NIOSH Special Hazard Review were provided to the CCTRP Subcommittee for inclusion in its Risk/Benefit Analysis of public health uses of ETO (HEW, 1977).

The information and recommendations that follow should aid the U.S. Department of Labor, industrial hygienists, physicians, employers, and architects or other designers of health care facilities in protecting the worker from the hazards of ETO exposure. Furthermore, it will aid the worker in recognizing the hazard.

3. Inadequate Room Ventilation:

Ineffective or non-existant room ventilation was noted in some facilities, which allowed the buildup of ETO to a high level within the room. A 10 x 10 x 12 foot unventilated room housed a small sterilizer which was found to have a leaking door gasket. ETO concentration at the BZ near the sterilizer was greater than 1,000 ppm.

4. Malfunctioning or Leaking Equipment:

a. A leaking door seal (gasket) on a sterilizer caused an extremely high value of airborne ETO in a small, non-ventilated and closed room. Results are cited above.
b. ETO leaks were observed at some gas tank valves, threaded fittings, and near some chamber fittings and piping. This could be very serious for personnel entering poorly ventilated machinery spaces. Leaks producing instrument readings ranging from 400 to 3,000 ppm were located.

5. Improper Operating Procedures:

Sterilized items were removed from the sterilizer and transported on carts through a heavily congested hallway to the aerator or storage area. High rates of off-gassing, 200-300 ppm 1 foot above the cart, were noted during the movement of the sterilized items.

C. Measurement of Ambient Levels of ETO

The method used for the sampling and analysis of airborne ETO consisted of the absorption of ETO on charcoal, and gas chromatographic determination following desorption of the ETO with carbon disulfide [NIOSH Standard Completion Set T, 1976].

A series of measurements were obtained at various locations in rooms containing sterilizers and/or aerators, before, during, and after periods of operation of the equipment. Sampling was also conducted in other places of potential exposure, such as hallways, and vent exhaust areas.

In general, the concentrations of ETO in the employee's breathing zone (BZ) were below the current federal (OSHA) standard (CFR 1910.1000) of 50 parts per million (ppm) parts of air as a time weighted average (TWA) over an 8-hour day. General area air samples collected during a 5.5 hour period in front of a bank of two ETO sterilizers and an aerator contained only 1-2 ppm of ETO. However, many values were recorded which were at, or above, the ACGIH tentative Threshold Limit Value (TLV) for short term exposure (i.e. short-term exposure limit, STEL, of 75 ppm for short-time periods of less than 15 minutes). In fact, some very high short-term BZ values were observed, including a peak of 460 ppm within the first minute after opening the sterilizer door, lasting for about 1 minute. Even higher concentrations, for shorter periods, were noted on occasion. Although there is no absolute maximum or "ceiling" value for ETO, one should regard the recommended STEL as a level not to be exceeded.