# EXHIBIT J

(63)

# NIOSH
# Current Intelligence Bulletin 35
### MAY 22, 1981

## ETHYLENE OXIDE (EtO)



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Public Health Service
Centers for Disease Control
National Institute for Occupational Safety and Health

The National Institute for Occupational Safety and Health (NIOSH) Current Intelligence Bulletin is the primary product of the Current Intelligence System. The purpose of the Current Intelligence System is to promptly review, evaluate, and disseminate new information received by NIOSH that may indicate either the existence of an occupational hazard not previously recognized or a greater hazard than generally known. The Current Intelligence System staff within the Division of Criteria Documentation and Standards Development was responsible for the preparation of this Bulletin.

Current Intelligence Bulletins are disseminated to NIOSH staff, other government agencies, and the occupational health community, including labor, industry, academia, and public interest groups. The Bulletins are intended to disseminate new data that may affect prevailing perceptions of occupational hazards. They convey important public health information and recommend voluntary protective measures. Current Intelligence Bulletins do not recommend occupational standards, nor are they intended to have any regulatory significance.

> Mention of company names or products does not constitute endorsement by NIOSH.

On July 20, 1983, NIOSH testified at the Occupational Safety and Health Administration's informal public hearing on a proposed standard for ethylene oxide. The testimony presented by NIOSH updates the information contained in Current Intelligence Bulletin #35 and recommends, among other things, that the occupational standard for ethylene oxide be:

> A 5ppm ceiling, and that this ceiling concentration not be achieved for more than 10 minutes in any working day, and that an 8-hour time weighted average (TWA) be set lower than 0.1ppm.

Copies of the complete testimony may be obtained from NTIS.
NTIS stock no.: PB-84-182-039   Paper Copy Price: $9.95.
                                Microfiche Price: $5.95.
Write to: National Technical Technical Information Service
          Springfield, VA 22161

NTIS SHIPPING AND HANDLING CHARGES:
U.S., Canada, Mexico add $3.00 per total order
All other countries add $4.00 per total order

NIOSH CURRENT INTELLIGENCE BULLETIN: #35

ETHYLENE OXIDE (EtO): Evidence of Carcinogenicity

May 22, 1981

*The National Institute for Occupational Safety and Health (NIOSH) recommends that ethylene oxide be regarded in the workplace as a potential occupational carcinogen, and that appropriate controls be used to reduce worker exposure. These recommendations are based primarily on an industry-sponsored study demonstrating that ethylene oxide is carcinogenic in experimental animals. In this study, ethylene oxide was associated with increases in leukemia in female rats and peritoneal mesotheliomas (malignant tumors) in male rats. There has been widespread recognition of the mutagenic potential of ethylene oxide, and recent evidence demonstrates adverse reproductive effects in mammals, which also are of public health concern. In addition, limited epidemiologic investigations at two worksites provide evidence that excess risk of cancer mortality may exist for the ethylene oxide workers studied. Some workers are on occasion exposed to relatively high concentrations of ethylene oxide, particularly where it is used for fumigation and sterilization. On the basis of this information, NIOSH requests that producers, distributors, and users of ethylene oxide, and of substances and materials containing ethylene oxide, give this information to their workers and customers, and that professional and trade associations and unions inform their members.*

## BACKGROUND

### Purpose of Bulletin

The purpose of this bulletin is to disseminate recent information concerning the potential carcinogenic hazard of ethylene oxide (EtO) to workers, and to update the assessment made in the 1977 NIOSH Special Occupational Hazard Review on EtO.[1] This bulletin conveys public health information and recommends voluntary protective measures.

In the 1977 review, NIOSH concluded that occupational exposure to EtO may increase the frequency of mutations in human populations. This conclusion was based on observations of (1) changes in the genetic material of cells in at least 13 biological species following exposure to EtO, and (2) covalent chemical bonding between EtO and deoxyribonucleic acid (DNA), a major constituent of genetic material. While these observations raised concern about the potential carcinogenicity of EtO, there were no epidemiologic studies or long-term carcinogenesis assays available at the time to assess carcinogenic potential for humans.

Additional evidence is now available that suggests the current Occupational Safety and Health Administration (OSHA) standard of 50 parts per million (ppm)

6-8, 8-10, or 10-12). Maternal animals showed signs of toxicity at the higher dose level when administered in the first, third, and fourth periods, but not in the second period (days 6-8 of gestation). A significant reduction in mean fetal body weight compared with controls was reported for all four treatment periods at the 150-mg/kg level. There was a significant increase in the percentage of malformed fetuses/litter from dams administered EtO at the high dose level during the second and fourth gestational periods. Approximately 19% of the fetuses in each litter from maternal animals that showed no signs of toxicity when given 150 mg/kg in the second period had some type of malformation, mostly in the cervical and thoracic regions of the skeleton.

Chemicals may be considered to be teratogenic if they produce certain malformations in the offspring in the absence of maternal toxicity. In this experiment, EtO administered intravenously to pregnant mice at 150 mg/kg on days 6-8 of gestation caused such a response. However, the investigators cautioned that the case of teratogenicity of EtO is weakened somewhat by the high incidence of maternal mortality they observed with the same dose at other gestational periods.

## EXPOSURE STANDARDS AND GUIDES

OSHA's standard for occupational exposure to EtO is 50 ppm (90 mg/m$^3$) as a time-weighted average (TWA) concentration for an 8-hour work shift.[43] Studies of carcinogenicity were not available when this standard was developed.

In its 1977 review of EtO, NIOSH recommended that occupational exposure be limited to a ceiling concentration of 75 ppm (135 mg/m$^3$), determined during a 15-minute sampling period. Additionally, NIOSH recommended that the OSHA standard of 50 ppm (90 mg/m$^3$) as a TWA be observed. NIOSH emphasized that its document did not attempt to address the adequacy of the OSHA standard.[1]

The values recommended by NIOSH in 1977 were the same as the Threshold Limit Values (TLV's) then recommended by the American Conference of Governmental Industrial Hygienists (ACGIH) for Time Weighted Average (TWA) and Short Term Exposure Level (STEL) concentrations, respectively.[44] In 1979, ACGIH published its intent to change its TLV to 10 ppm (20 mg/cu m$^3$) as a TWA concentration.[45,46]

Reflecting increased concern over the mutagenic and carcinogenic potential of EtO, some manufacturers and commercial users of the chemical are adopting occupational exposure guidelines lower than the OSHA standard. Self-imposed guidelines adopted by companies have been reported to range from 1 to 10 ppm as 8-hour TWA concentrations, with two companies also adopting peak limits of 5 and 15 ppm.[47]

## RECOMMENDATIONS

Ethylene oxide has caused statistically significant increases in mononuclear cell leukemia in female Fischer 344 rats. The incidence of this disease in the exposed females increased linearly with dose. Among male Fischer 344 rats in the same

experiment, EtO induced peritoneal mesothelioma which originated in the testicular mesothelium. Although humans and animals may differ in their susceptibility to specific chemical compounds, any substance that produces cancer in experimental animals should also be considered to have carcinogenic potential in humans. The mutagenicity of EtO has been extensively demonstrated in lower biological species and in mammals. Recent experiments in mammals have demonstrated adverse reproductive effects, which are also of public health concern. The widespread recognition of EtO as an effective alkylating agent and mutagen reinforces concern over the carcinogenic potential of EtO. Also, epidemiologic investigators reported excess cancer mortality at two worksites where workers were exposed to EtO. These epidemiologic findings are not by themselves proof of an excess risk of cancer resulting from EtO exposure. However, the causal inference from animal experimental evidence is compatible with the observed excess of cancer among workers exposed to EtO in two separate operations.

Based on these recent findings, NIOSH recommends that EtO be regarded in the workplace as a potential occupational carcinogen. Safe levels of carcinogens have not been demonstrated, but the probability of developing cancer should be reduced by decreasing exposure. The excess cancer risks to workers exposed to EtO at or below the present OSHA standard of 50 ppm as a TWA concentration have not yet been estimated. However, NIOSH believes the present standard needs to be reexamined because its adoption preceded the recognition of the carcinogenic potential of EtO and was established to protect against only acute and nonmalignant chronic effects. As prudent public health policy, NIOSH urges employers, in the interim, to voluntarily assess the conditions under which their workers may be exposed to EtO and take all reasonable steps to reduce exposure to the extent possible. The actions taken by some companies to voluntarily adopt exposure guidelines lower than the present standard are commendable moves in the right direction, however, these exposure guidelines have not been evaluated by NIOSH. The "Guidelines for Minimizing Worker Exposure to Ethylene Oxide," Appendix I, should be adapted to specific work situations.

Ronald F. Coene, P.E.
Acting Director