# EXHIBIT K



EPA/635/R-16/350Fa
www.epa.gov/iris

# Evaluation of the Inhalation Carcinogenicity of Ethylene Oxide

(CASRN 75-21-8)

## In Support of Summary Information on the Integrated Risk Information System (IRIS)

*December 2016*

National Center for Environmental Assessment
Office of Research and Development
U.S. Environmental Protection Agency
Washington, DC

# 1. EXECUTIVE SUMMARY

Ethylene oxide (EtO) is a gas at room temperature. It is manufactured from ethylene and used primarily as a chemical intermediate in the manufacture of ethylene glycol. It is also used as a sterilizing agent for medical equipment and a fumigating agent for spices.

**CHARACTERIZATION OF THE CARCINOGENIC HAZARD**

The DNA-damaging properties of EtO have been studied since the 1940s. EtO is known to be mutagenic in a large number of living organisms, ranging from bacteriophage to mammals, and to induce chromosome damage. It is carcinogenic in mice and rats, inducing tumors of the lymphohematopoietic system, brain, lung, connective tissue, uterus, and mammary gland. In humans employed in EtO-manufacturing facilities and in sterilizing facilities, there is strong evidence of an increased risk of cancer of the lymphohematopoietic system and of breast cancer in females. Increases in the risk of lymphohematopoietic cancer have been seen in most (but not all) of the epidemiological studies of EtO-exposed workers, manifested as an increase either in leukemia or in cancer of the lymphoid tissue. Of note, one large epidemiologic study conducted by the National Institute for Occupational Safety and Health (NIOSH) of sterilizer workers that had a well-defined exposure assessment for individuals reported positive exposure-response trends for lymphohematopoietic cancer mortality, primarily in males and in particular for lymphoid cancer (i.e., non-Hodgkin lymphoma [NHL], myeloma, and lymphocytic leukemia), and for breast cancer mortality in females (Steenland et al., 2004). The positive exposure-response trend for female breast cancer was confirmed in an incidence study based on the same worker cohort (Steenland et al., 2003). There is supporting evidence for an association between EtO and breast cancer from other studies, but the database is more limited than that for lymphohematopoietic cancers, in part because there are not as many studies that include sufficient numbers of females.

Although the evidence of carcinogenicity from human studies was deemed short of conclusive on its own, EtO is characterized as "carcinogenic to humans" by the inhalation route of exposure based on the total weight of evidence, in accordance with the U.S. Environmental Protection Agency's (EPA's) 2005 *Guidelines for Carcinogen Risk Assessment* (U.S. EPA, 2005a). The lines of evidence supporting this characterization include: (1) strong, but less than conclusive on its own, epidemiological evidence of lymphohematopoietic cancers and breast cancer in EtO-exposed workers, (2) extensive evidence of carcinogenicity in laboratory animals, including lymphohematopoietic cancers in rats and mice and mammary carcinomas in mice following inhalation exposure, (3) clear evidence that EtO is genotoxic and sufficient weight of evidence to support a mutagenic mode of action for EtO carcinogenicity, and (4) strong evidence that the key precursor events are anticipated to occur in humans

and progress to tumors, including evidence of chromosome damage in humans exposed to EtO. Overall, confidence in the hazard characterization of EtO as "carcinogenic to humans" is high.

**DERIVATION OF THE INHALATION UNIT RISK ESTIMATE**

Inhalation unit risk estimates were developed for evaluating the potential cancer risks posed by inhalation exposure to EtO. The unit risk estimates for cancer mortality and incidence were based on the human data from the NIOSH study (Steenland et al., 2004; Steenland et al., 2003). This study was selected for the derivation of risk estimates because it is a high-quality study,[1] it is the largest of the available studies, and it has exposure estimates for the individual workers from a high-quality exposure assessment. Multiple modeling approaches were evaluated for the exposure-response data, including modeling the cancer response as a function of either categorical exposures or continuous individual exposure levels. Model selection for each cancer data set was primarily based on a preference for models of the individual-level continuous exposure data, prioritization of models that are more tuned to local behavior in the low-exposure data, and a weighing of statistical and biological considerations.

Unit risk estimates based on the human data were first derived under the common assumption that relative risk is independent of age. This assumption is later superseded by an assumption of increased early-life susceptibility, and it is the unit risk estimates derived under this latter assumption that are the ultimate estimates proposed in this assessment (presented further below).

Under the assumption that relative risk is independent of age, an $LEC_{01}$ (lower 95% confidence limit on the $EC_{01}$, the estimated effective concentration associated with 1% extra risk) for excess lymphoid cancer mortality (Steenland et al., 2004) was calculated using a life-table analysis and the lower spline segment from a two-piece linear spline model. Linear low-dose extrapolation below the range of observations is supported by the conclusion that a mutagenic mode of action is operative in EtO carcinogenicity. Linear low-dose extrapolation from the $LEC_{01}$ for lymphoid cancer mortality yielded a lifetime extra cancer unit risk estimate of $1.1 \times 10^{-3}$ per µg/m³ ($2.0 \times 10^{-3}$ per ppb)[2] of continuous EtO exposure. Applying the same lower-spline regression coefficient and life-table analysis to background lymphoid cancer *incidence* rates and applying linear low-dose extrapolation resulted in a preferred lifetime extra lymphoid cancer unit risk estimate of $2.9 \times 10^{-3}$ per µg/m³ ($5.3 \times 10^{-3}$ per ppb), as cancer incidence estimates are generally preferred over mortality estimates.

---

[1]The NIOSH study (Steenland et al., 2004; Steenland et al., 2003) was judged to be a "high-quality" study based on the attributes discussed in Section 3.1 and in Section A.2.8 of Appendix A, including availability of individual worker exposure estimates from a high-quality exposure assessment, cohort study design, large size, inclusion of males and females, adequate follow-up, absence of any known confounding exposures, and use of internal comparisons. The breast cancer incidence study using the subcohort of female workers with interviews had the additional attribute of investigating and controlling for a number of breast cancer risk factors (Steenland et al., 2003).
[2]Conversion equation: 1 ppm = 1,830 µg/m³.

Breast cancer incidence risk estimates were calculated directly from the data from a breast cancer incidence study of the same occupational cohort (Steenland et al., 2003). Using the same life-table approach, the lower spline segment from a two-piece linear spline model, and linear low-dose extrapolation, a unit risk estimate of $8.1 \times 10^{-4}$ per μg/m³ ($1.5 \times 10^{-3}$ per ppb) was obtained for breast cancer incidence. A unit risk estimate for breast cancer mortality was also calculated from the cohort mortality data; however, the incidence estimate is preferred over the mortality estimate.

Combining the incidence risk estimates for the two cancer types resulted in a total cancer unit risk estimate of $3.3 \times 10^{-3}$ per μg/m³ ($6.1 \times 10^{-3}$ per ppb).[3]

Unit risk estimates (for total cancer) were also derived from the three chronic rodent bioassays for EtO reported in the literature. These estimates, ranging from $2.2 \times 10^{-5}$ per μg/m³ to $4.6 \times 10^{-5}$ per μg/m³, are about two orders of magnitude lower than the estimate based on human data. The Agency takes the position that human data, if adequate data are available, provide a more appropriate basis than rodent data for estimating population risks (U.S. EPA, 2005a), primarily because uncertainties in extrapolating quantitative risks from rodents to humans are avoided. Although there is a sizeable difference between the rodent-based and the human-based estimates, the human data are from a large, high-quality study, with EtO exposure estimates for the individual workers and little reported exposure to chemicals other than EtO. Therefore, the estimates based on the human data are the preferred estimates for this assessment.

Because the weight of evidence supports a mutagenic mode of action for EtO carcinogenicity, and as there are no chemical-specific data from which to assess early-life susceptibility, increased early-life susceptibility should be assumed, according to the EPA's *Supplemental Guidance for Assessing Susceptibility from Early-Life Exposure to Carcinogens*—hereinafter referred to as the "EPA's *Supplemental Guidance*" (U.S. EPA, 2005b). This mode-of-action-based assumption of increased early-life susceptibility supersedes the assumption of age independence under which the human data-based estimates presented above were derived. Thus, using the same approach and exposure-response models as for the estimates discussed above but initiating exposure in the life-table analysis at age 16 instead of at birth, adult-exposure-only unit risk estimates were calculated for lymphoid cancer incidence and breast cancer incidence under an alternate assumption that relative risk is independent of age for adults, which represent the life stage pertaining to the occupational cohort data which were used for the exposure-response modeling. These adult-exposure-only unit risk estimates were then rescaled to a 70-year basis for use in the standard age-dependent adjustment factors (ADAFs) calculations and risk estimate calculations involving less-than-lifetime exposure scenarios. The resulting adult-based unit risk estimates were $2.6 \times 10^{-3}$ per μg/m³ ($4.8 \times 10^{-3}$ per ppb) for lymphoid

---

[3]The method used to derive the total cancer unit risk estimate involves estimating an upper bound on the sum of the maximum likelihood estimates of risk; see Section 4.1.3.

cancer incidence, $7.0 \times 10^{-4}$ per µg/m$^3$ ($1.3 \times 10^{-3}$ per ppb) for breast cancer incidence in females, and $3.0 \times 10^{-3}$ per µg/m$^3$ ($5.5 \times 10^{-3}$ per ppb) for both cancer types combined. The adult-based unit risk estimates, which were derived under an assumption of increased early-life susceptibility, supersede those presented earlier that were derived under the assumption that relative risk is independent of age. When using the adult-based unit risk estimates to estimate extra cancer risks for a given exposure scenario, the standard ADAFs should be applied, in accordance with the EPA's *Supplemental Guidance* (U.S. EPA, 2005b). Applying the ADAFs to obtain a full lifetime total cancer unit risk estimate yields $5.0 \times 10^{-3}$ per µg/m$^3$ ($9.1 \times 10^{-3}$ per ppb), and the commensurate lifetime chronic (lower-bound) exposure level of EtO corresponding to an increased cancer risk of $10^{-6}$ is $2 \times 10^{-4}$ µg/m$^3$ ($1 \times 10^{-4}$ ppb).

The unit risk estimate is intended to provide a reasonable upper bound on cancer risk from inhalation exposure. The estimate was developed for environmental exposure levels (it is considered valid for exposures up to about 40 µg/m$^3$ [20 ppb]) and is not applicable to higher level exposures, such as those that may occur occupationally, which appear to have a different exposure-response relationship (see below for a summary of risk estimates for occupational exposure scenarios).

**CONFIDENCE IN THE UNIT RISK ESTIMATE**

The primary sources of uncertainty in the unit risk estimates derived from the human data include the retrospective exposure assessment conducted for the epidemiology study, the exposure-response modeling of the epidemiological data, and the low-dose extrapolation.[4] Despite uncertainties in the unit risk estimate, confidence in the estimate is relatively high. First, confidence in the hazard characterization of EtO as "carcinogenic to humans," which is based on strong epidemiological evidence supplemented by other lines of evidence, is high. Second, the unit risk estimate is based on human data from a large, high-quality epidemiology study with individual worker exposure estimates. Retrospective exposure estimation is an inevitable source of uncertainty in this type of epidemiology study; however, the NIOSH investigators put extensive effort into addressing this issue by developing a state-of-the-art regression model to estimate unknown historical exposure levels using variables, such as sterilizer size, for which historical data were available. In addition, the two-piece spline models used in this assessment to model the supralinear exposure-response relationships are considered to provide a reasonable basis for the derivation of unit risk estimates. Finally, the use of linear low-exposure extrapolation is strongly supported by the conclusion that EtO carcinogenicity has a mutagenic mode of action.

Confidence in the unit risk estimate is particularly high for the breast cancer component, which is based on over 200 incident cases for which the investigators also had information on other potential breast cancer risk factors. The selected model for the breast cancer incidence data provided a good

---

[4] See Section 4.1.4 for additional discussion of these and other sources of uncertainty in the unit risk estimates.

global fit as well as a good local fit in the lower exposure range of greatest relevance for the derivation of a unit risk estimate. The actual unit risk might be higher or lower; however, considering the continuous-exposure linear model as a lower bound for the supralinear exposure-response relationship suggests that while a unit risk estimate for breast cancer incidence that is up to fourfold lower is plausible, unit risk estimates lower than that are considered unlikely from the available data. Sensitivity analyses for lag time, inclusion of covariates, knot, upper-bound estimation approach, use of the full incidence cohort, and inclusion of only invasive cancers for the breast cancer background rates in the life table indicate that the unit risk estimate is not highly influenced by these factors, with comparison unit risk estimates differing by at most 40%.

There is somewhat less, although still relatively high in general, confidence in the lymphoid cancer component of the unit risk estimate because it is based on fewer events (53 lymphoid cancer deaths); incidence risk was estimated from mortality data; and the exposure-response relationship is exceedingly supralinear, complicating the exposure-response modeling and model selection to a greater extent than for breast cancer incidence. The actual unit risk might be higher or lower than that from the selected model, and there were no clear upper or lower bounds for the apparent exposure-response relationship provided by other models. Sensitivity analyses for lag time, knot, and upper-bound estimation approach, indicate that the unit risk estimate for lymphoid cancer is more influenced by these factors than was the estimate for breast cancer incidence. Comparison unit risk estimates from the sensitivity analyses ranged from about 50% of the preferred unit risk estimate to about three times that estimate. While there is less confidence in the lymphoid cancer unit risk estimate than in the breast cancer unit risk estimate, the lymphoid cancer estimate is considered a reasonable estimate from the available data, and overall, there is relatively high confidence in the total cancer unit risk estimate.

**RISK ESTIMATES FOR OCCUPATIONAL EXPOSURE SCENARIOS**

As noted above, the inhalation unit risk estimate was developed for environmental exposure levels (up to about 40 μg/m$^3$ [20 ppb]) and is not applicable to higher exposure levels, such as those that may occur occupationally, which appear to have a different exposure-response relationship. However, occupational exposure levels of EtO are of concern to the EPA when EtO is used as a pesticide (e.g., sterilizing agent or fumigant). Therefore, this document also presents estimates of extra risk for the two cancer types for a range of occupational inhalation exposure scenarios (see Section 4.7). Maximum likelihood estimates of the extra (incidence) risk of lymphoid cancer and breast cancer combined for the range of occupational exposure scenarios considered (i.e., 0.1 to 1 ppm 8-hour time-weighted average [TWA] for 35 years) ranged from 0.037 to 0.11; upper-bound estimates ranged from 0.081 to 0.22. The uncertainty associated with the extra risk estimates for occupational exposure scenarios is less than that associated with the unit risk estimates for environmental exposures, and the overall confidence in the extra risk estimates for occupational exposure is high. The extra risk estimates

are derived for occupational exposure scenarios that yield cumulative exposures well within the range of the exposures in the NIOSH study. Moreover, the NIOSH study is a study of sterilizer workers who used EtO for the sterilization of medical supplies or spices ([Steenland et al., 1991](#)); thus, the results are directly applicable to workers in these occupations, and these are among the occupations of primary concern to the EPA.

## SUMMARY OF ASSESSMENT FINDINGS

Table 1-1 provides a summary of the major findings in this assessment.

## Table 1–1. Summary of major findings

| Hazard conclusions | |
|---|---|
| **Hazard characterization** | The weight of evidence from epidemiological studies and supporting information is sufficient to conclude that ethylene oxide is carcinogenic to humans. |
| **Mode of action** | The weight of evidence is sufficient to conclude that ethylene oxide carcinogenicity has a mutagenic mode of action. |
| **Inhalation unit risk estimates (for environmental exposures)[a]** | |
| **Basis** | **Inhalation unit risk estimate[a] (per µg/m³)[b]** |
| **Full lifetime unit risk estimate (includes ADAFs)[c]** | |
| Total cancer risk based on human data[d]—lymphoid cancer incidence and breast cancer incidence in females | **$5.0 \times 10^{-3}$** |
| **Adult-based unit risk estimates (for use with ADAFs)[e]** | |
| Total cancer risk based on human data[d]—lymphoid cancer incidence and breast cancer incidence in females | **$3.0 \times 10^{-3}$** |
| Lymphoid cancer incidence in both sexes based on human data | $2.6 \times 10^{-3}$ |
| Breast cancer incidence in females based on human data | $7.0 \times 10^{-4}$ |
| Total cancer incidence risk estimate from rodent data (female mouse) | $4.6 \times 10^{-5}$ |
| **Extra risk estimates for occupational inhalation exposure scenarios (see Section 4.7)** | |
| Maximum likelihood estimates of the extra risk of lymphoid cancer and breast cancer combined for the range of occupational exposure scenarios considered (i.e., 0.1 to 1 ppm 8-hr TWA for 35 yr)[f] | 0.037−0.11 |
| Upper-bound estimates of the extra risk of lymphoid cancer and breast cancer combined for the range of occupational exposure scenarios considered (i.e., 0.1 to 1 ppm 8-hr TWA for 35 yr)[f] | **0.081−0.22** |

[a]These unit risk estimates are not intended for use with continuous lifetime exposure levels above about 40 µg/m³. See Section 4.7 for risk estimates based on occupational exposure scenarios. Preferred estimates are in bold.
[b]To convert unit risk estimates to (ppm)⁻¹, multiply the (µg/m³)⁻¹ estimates by 1,830 (µg/m³)/ppm. Also, 1 ppb = 1.83 µg/m³.
[c]Because the weight of evidence supports a mutagenic mode of action for EtO carcinogenicity, and because of the lack of chemical-specific data, the EPA assumes increased early-life susceptibility and recommends the application of ADAFs, in accordance with the EPA's *Supplemental Guidance* (U.S. EPA, 2005b), for exposure scenarios that include early-life exposures. For the full lifetime (upper-bound) unit risk estimate presented here, ADAFs have been applied, as described in Section 4.4.
[d]To be precise, this unit risk estimate reflects the total (upper-bound) cancer risk to females and not to the general population because the breast cancer risk estimate only applies to females. As a practical matter for regulatory purposes, however, females comprise roughly half the general population and this unit risk estimate enables risk managers to evaluate the individual risk for this substantial population group. For the purposes of estimating numbers of cancer cases attributable to specific exposure levels (e.g., for benefits analyses), it would be more appropriate to use the cancer-specific unit risk estimates (or central tendency estimates), taking sex into account.
[e]These (upper-bound) unit risk estimates are intended for use in ADAF calculations and less-than-lifetime adult exposure scenarios (U.S. EPA, 2005b). Note that these are not the same as the unit risk estimates derived directly from the human data in Section 4.1 under the assumption that RRs are independent of age. See Section 4.4 for the derivation of the adult-based unit risk estimates.
[f]Technically, these sums would reflect the total cancer risk to females and not a mixed-sex workforce because the breast cancer risk estimate only applies to females. As a practical matter for regulatory purposes, however, females typically comprise a substantial proportion of the sterilizer workforce and summing these extra risk estimates enables risk managers to evaluate the individual risk for this substantial workforce group. In a situation in which the workforce of concern is comprised predominantly of males, it might be appropriate to use a sex-weighted sum of the extra risks from the two cancer types (see Section 4.7 for the cancer-specific extra risk estimates).
hr = hour; yr = year.

# 2. INTRODUCTION

> Chapter 2 provides background information for the assessment, including:
> - A brief overview about Ethylene oxide (EtO) exposure
>   The purpose of the assessment
> - A history of the development of the assessment and its external reviews
> - A summary of literature search approaches (see Section 2.1)
> - A discussion of consistency of the assessment with 2011 National Research Council (NRC) recommendations (see Section 2.2)

Ethylene oxide (EtO) is a gas at room temperature. It is manufactured from ethylene and used primarily as a chemical intermediate in the manufacture of ethylene glycol. It is also used as a sterilizing agent for medical equipment and certain other items and as a fumigating agent for spices. The largest sources of human exposure are in occupations involving contact with the gas in plants that manufacture or use EtO and in hospitals that sterilize medical equipment. EtO can also be inhaled by residents living near production or sterilizing/fumigating facilities. Based on the U.S. Environmental Protection Agency's (EPA's) 2005 National-scale Air Toxics Assessment (NATA) data, the average environmental exposure concentration from all sources (including concentrations near known sources) in the United States is 0.0062 $\mu g/m^3$; the average background concentration excluding concentrations near known sources of EtO is 0.0044 $\mu g/m^3$ (NATA 2005 data, http://www.epa.gov/ttn/atw/nata2005/tables.html).

EPA offices with an interest in EtO include the Office of Air and Radiation and the Office of Pesticide Programs. The Office of Air and Radiation has an interest because EtO is one of the 188 hazardous air pollutants listed in the 1990 Clean Air Act Amendments. The Office of Pesticide Programs has an interest in both environmental and occupational exposures resulting from the sterilization and fumigation uses of EtO because the EPA is responsible for pesticide labeling and registration decisions under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA).

The purpose of this document is to provide scientific support and rationale for the hazard and dose-response assessment in the Integrated Risk Information System (IRIS) pertaining to carcinogenicity from chronic inhalation exposure to EtO (Chemical Abstracts Service Registry Number [CASRN] 75-21-8). It is not intended to be a comprehensive treatise on the chemical or toxicological nature of EtO. In general, this IRIS Carcinogenicity Assessment provides information on the carcinogenic hazard potential of EtO and quantitative estimates of cancer risk from inhalation exposure. The information includes a weight-of-evidence judgment of the likelihood that the agent is a human carcinogen and the conditions under which the carcinogenic effects may be expressed. Quantitative risk

estimates for inhalation exposure (inhalation unit risks) are derived.  The definition of an inhalation unit risk is a plausible upper bound on the estimate of risk per μg/m$^3$ air breathed.

Development of the hazard identification and dose-response assessments for EtO has followed the general guidelines for risk assessment as set forth by the National Research Council (NRC, 1983). EPA Guidelines and Risk Assessment Forum Technical Panel Reports that were used in the development of this assessment include the following:  *Guidelines for Mutagenicity Risk Assessment* (U.S. EPA, 1986), *Methods for Derivation of Inhalation Reference Concentrations and Application of Inhalation Dosimetry* (U.S. EPA, 1994), *Benchmark Dose Technical Guidance* (U.S. EPA, 2012), *Science Policy Council Handbook*:  *Risk Characterization* (U.S. EPA, 2000), *Guidelines for Carcinogen Risk Assessment* U.S. EPA (2005a), *Supplemental Guidance for Assessing Susceptibility from Early-Life Exposure to Carcinogens* (U.S. EPA, 2005b), and *Science Policy Council Handbook:  Peer Review* (U.S. EPA, 2006b).

An external review draft of this carcinogenicity assessment (U.S. EPA, 2006a) was peer reviewed by a panel of the EPA's Science Advisory Board (SAB) in 2007 (SAB, 2007).  See Appendix H for a summary and the EPA's disposition of SAB and public comments on the 2006 external review draft.  In response to comments from that SAB review, the EPA conducted extensive new exposure-response modeling of certain epidemiologic data.  In addition, the EPA updated the assessment to reflect new literature through May 2013 (see Appendix J).  In July 2013, the EPA released a revised draft for public comment (U.S. EPA, 2013a, b), and that draft assessment was discussed at the EPA's December 2013 IRIS Bimonthly Public Meeting.  Appendix K contains the EPA's responses to the public comments that were received on the July 2013 draft.  A further revised external review draft (U.S. EPA, 2014a, b) was reviewed by another panel of the SAB in 2014−2015 (SAB, 2015), primarily to receive comments on the expanded exposure-response modeling of the epidemiologic data.  See Appendix I for the EPA's disposition of SAB comments on the 2014 draft.  Finally, the EPA has further updated the assessment to reflect new literature through July 2016; this new literature did not substantively impact the conclusions of the assessment (see Appendix J).

## 2.1. LITERATURE IDENTIFICATION

The literature search strategy first employed for this assessment was based on the CASRN and at least one common name.  Any pertinent scientific information submitted by the public to the IRIS Submission Desk was also considered in the development of this document, and references were added after the first external peer review in response to the reviewers' and public comments.

The cutoff date for literature inclusion into the main body of this carcinogenicity assessment was 30 June 2010.  At that time, the analyses and text were largely completed, except for a few focused issues that remained for discussion and review.

In preparation for the second external peer review, a well-documented systematic literature search was conducted for the time frame from January 2006 to May 2013 to ensure that no major studies were missed from the time of the first external review draft in 2006 until the cutoff date and to determine whether any significant new studies had been published since the cutoff date that might alter the findings of the assessment. This systematic literature search is described in Section J.1 of Appendix J. Based on this search, 56 references were identified as potentially relevant to the EtO assessment. None of the new studies were judged to impact the assessment's major conclusions. Nonetheless, two new studies of high pertinence to the assessment were identified, and these studies are reviewed in Section J.2 of Appendix J for transparency and completeness. Furthermore, one of the studies is a follow-up of an epidemiology study already included in the assessment, and this follow-up study is also discussed in the main body of the assessment. Reviews of an additional two new studies of high pertinence were added to Appendix J to address public comments received in October and December of 2013 (see Section J.3); these studies similarly did not impact the assessment's major conclusions.

For this current assessment, another well-documented systematic literature search was conducted using the same approach as in the earlier search (see Section J.1 of Appendix J), this time for the time frame from May 2013 through August 2016. Based on this search, 17 references were identified as potentially relevant to the EtO assessment and have been added to Section J.1 of Appendix J. A further two new studies of high pertinence to the assessment were identified, and these studies are reviewed in Section J.4 of Appendix J. Once again, none of the new studies were judged to impact the assessment's major conclusions.

All the references considered and cited in this document, including abstracts, can be found on the Health and Environmental Research Online (HERO) website.[5]

## 2.2. NATIONAL RESEARCH COUNCIL RECOMMENDATIONS OF 2011

In 2011, the National Research Council (NRC), in its review of the EPA's draft IRIS assessment of formaldehyde, provided a number of recommendations related to the IRIS program (NRC, 2011). The EtO assessment was one of a group of chemical assessments for which an external peer review had already been completed at the time the 2011 NRC recommendations were released. For this group of assessments, the EPA focused on a subset of the short-term recommendations, such as streamlining documents, increasing transparency and clarity, and using more tables, figures, and appendices to

---

[5]HERO is a database of scientific studies and other references used to develop the EPA's risk assessments, which are aimed at understanding the health and environmental effects of pollutants and chemicals. HERO is developed and managed in the EPA's Office of Research and Development (ORD) by the National Center for Environmental Assessment (NCEA). The database includes more than 1,000,000 scientific articles from the peer-reviewed literature. New studies are added continuously to HERO.

present information and data in assessments. Thus, the EtO assessment does not incorporate recent revisions to the IRIS assessment format recommended in the 2011 NRC recommendations [and the more recent 2014 NRC Review of the IRIS Process (NRC, 2014)], such as including a standard Preamble and the revised chapter structure, and does not fully implement the longer term NRC recommendations. The assessment does, however, conform to a number of the recommendations. For example, the assessment is streamlined and uses tables, figures, and appendices to increase transparency and clarity. In addition, the assessment is structured to have separate hazard identification and dose-response sections, and the update to the literature search was conducted using systematic literature search approaches. Furthermore, consistent with the goal that assessments should provide a scientifically sound and transparent evaluation of the relevant scientific literature and presentation of the analyses performed, the assessment contains an expanded discussion on the rationales for study evaluation and selection, as well as for other key assessment decisions.

> For general information about this assessment or other questions relating to IRIS, the reader is referred to the EPA's IRIS Hotline at (202) 566-1676 (phone), (202) 566-1749 (fax), or hotline.iris@epa.gov (email address).