## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

LORETTA BROWMAN, et al.,

     vs.                         CASE NO. 1:21-cv-00112-JRH-BKE

KENDALL PATIENT RECOVERY
U.S., LLC, a Delaware limited
liability corporation.

## DISCLOSURE STATEMENT
## S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Defendant certifies that the following

is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|------|-------------------------------|
| Kendall Patient Recovery U.S., LLC | Defendant |
| Loretta Browman, Evelyn Armstrong, Tieese Smith, Dewayne Williams, Victoria Snow, Ronald Lampkin, Barbara Betts, Sherry Holes, Felicia Lambert, Teressa Taylor, Michael Dunn, Alopecia Armstrong, Patricia Bell, Bernice Wilkins, Annie Williams, Carolyn Washington, Schuyler Knight, Clarissa Coleman, Charles Jones, Mark Pugh, Sabrina Watkins, Susan Denice Kelly, and Ethel Lena Evans | Plaintiffs |

The undersigned further certifies that the following is a full and complete list

of officers, directors, or trustees of the above-identified parties:

1

| Name | Identification & Relationship |
| --- | --- |
| Kate Spirko | Vice President – HR Management of Defendant |
| Steve Mason | Chief Executive Officer – Medical of Defendant |
| Phil Makrogiannis | Assistant Secretary of Defendant |
| Scott Zimmerman | Vice President & Treasurer of Defendant |
| Eric Zink | Assistant Treasurer of Defendant |
| Laura Vaughn | Secretary of Defendant |
| Samantha Bourdette | Assistant Secretary of Defendant |
| Summa Simmons | Assistant Treasurer of Defendant |
| Wayne Robinson | Officer of Defendant |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification & Relationship |
| --- | --- |
| InnerDyne Holdings, Inc. | Owner of Defendant |
| Cardinal Health, Inc. | Owner of InnerDyne Holdings, Inc. |

Dated: September 8, 2021

/s/ *Barry A. Fleming*
Barry A. Fleming
GA Bar Number 262945
bfleming@flemingnelson.com
FLEMING & NELSON, LLP
631 Ronald Reagan Drive
P.O. Box 2208
Evans, Georgia 30809

*Attorney for Defendant Kendall*
*Patient Recovery U.S., LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| LORETTA BROWMAN, et al., | |
| Plaintiffs, | Case No. |
| v. | 1:21-CV-00112-JRH-BKE |
| KENDALL PATIENT RECOVERY U.S., LLC, a Delaware limited liability corporation, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DISCLOSURE STATEMENT was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification by email of such filing to counsel of record.

This 8th day of September, 2021.

/s/ *Barry A. Fleming*
Barry A. Fleming
GA Bar Number 262945

4