IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LORETTA BROWMAN, et al.<br><br>    Plaintiff<br><br>v.<br><br>KENDALL PATIENT RECOVERY U.S., LLC<br><br>    Defendant | Civil Action File No.<br><br>1:21-cv-00112 |

## NOTICE OF INTENT TO REPLY

Pursuant to Local Rule 7.6 of the United States District Court for the Southern District of Georgia, Defendant, Kendall Patient Recovery U.S., LLC, hereby notifies the Clerk of its intent to file a brief in reply to *Plaintiffs' Response to Defendant's Motion to Dismiss*.

This 21st day of October, 2021.

/s/ *Barry A. Fleming*
Barry A. Fleming
GA Bar Number 262945
bfleming@flemingnelson.com
FLEMING & NELSON, LLP
631 Ronald Reagan Drive
P.O. Box 2208
Evans, Georgia 30809

*Attorney for Defendant Kendall Patient Recovery U.S., LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Intent to Reply* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification by email of such filing to counsel of record.

This 21st day of October, 2021.

/s/ *Barry A. Fleming*
Barry A. Fleming
GA Bar Number 262945