IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LORETTA BROWMAN, et al.,          *
                                  *
        Plaintiffs,               *
                                  *
        v.                        *          CV 121-112
                                  *
KENDALL PATIENT RECOVERY U.S.,    *
LLC, a Delaware limited           *
liability corporation,            *
                                  *
        Defendant.                *

_____

**O R D E R**

_____

Before the Court is Plaintiff Ethel Lena Evans' notice of voluntary dismissal. (Doc. 25.) Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that Plaintiff Evans is **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** Plaintiff Evans. Plaintiff Evans shall bear her own costs and fees unless otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this _21st_ day of October, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA