# EXHIBIT 1

| Plaintiff | Year of Last Alleged Exposure | Year of Alleged Injury |
|---|---|---|
| Browman, Loretta | 2008 (¶ 48) | 2011 (¶ 50) |
| Armstrong, Evelyn | | 1999 (¶ 54) |
| Smith, Tieese | | 2001 (¶ 58) |
| Williams, Dewayne | 2007 (¶ 60) | 2016 (¶ 62) |
| Snow, Victoria | 2014 (¶ 64) | |
| Betts, Barbara | 2010 (¶ 72) | 2000 (¶ 74) |
| Holmes, Sherry | | 1998, 2005 (¶ 78) |
| Armstrong, Alopecia | 1997 (¶ 89) | 2007 (¶ 91) |
| Bell, Patricia | 2012 (¶ 93) | 1988 (¶ 95) |
| Williams, Annie | | 2015 (¶ 104) |
| Washington, Carolyn | | 1988, 1994 (¶ 108) |
| Knight, Schuyler | 2002 (¶ 110) | 2012 (¶ 112) |
| Coleman, Clarissa | | 2010 (¶ 116) |
| Pugh, Mark | 2003 (¶ 122) | |
| Watkins, Sabrina | 2004 (¶ 126) | 2017 (¶ 128) |
| Evans, Ethel | | 2009 (¶ 136) |