# EXHIBIT 2



# Toxicological Profile for Ethylene Oxide

**Draft for Public Comment**

**September 2020**



U.S. Department of Health and Human Services
Agency for Toxic Substances and Disease Registry

Ethylene oxide was detected in only 1 of 50 samples of indoor air in a study of residences by Health Canada; the concentration was determined to be 4 µg/m$^3$ (2.2 ppb) in the 24-hour sample (WHO 2003). It was also detected at levels of 5 µg/m$^3$ in 3 of 24 personal air samples collected from an occupant of each of the 50 residences.

Parod (2014) reported that mean and maximum concentrations of ethylene oxide in ambient air were <0.2 and 2 ppb (0.37 and 4.37 µg/m$^3$), respectively, based on measured and estimated data. The average concentration may be slightly higher (≤11 µg/m$^3$ [≤6.05 ppb]) near production and sterilization facilities utilizing ethylene oxide (Parod 2014). Limitations of the report include lack of information regarding the number of samples evaluated, limit of detection, number of samples below the limit of detection, and whether the mean value was geometric or arithmetic.

EPA (2019a) reported ethylene oxide average concentrations from ambient air samples collected at 8 National Air Toxics Trends Stations (NATTS) and 10 Urban Air Toxics Monitoring Program (UATMP) sampling sites between October 2018 and September 2019. Results are summarized in Table 5-8. Measured average ethylene oxide concentrations ranged from 0.136 µg/m$^3$ (0.075 ppb) in Pinellas Park, Florida to 0.407 µg/m$^3$ (0.224 ppb) in Phoenix, Arizona. EPA has added ethylene oxide to pollutants to be measured at all existing, longstanding monitoring sites in the NATTS and the UATMP networks (a total of 34 sites).

**Table 5-8. Ethylene Oxide Ambient Air Concentrations at National Air Toxics Trends Stations and Urban Air Toxics Monitoring Program Stations October 2018 to September 2019**

| Location | AQS Site ID | Station ID | Average concentration in µg/m$^3$ (ppb) |
|---|---|---|---|
| Phoenix, Arizona | 04-013-9997 | National Air Toxics Trend | 0.407 (0.224) |
|  | 04-013-4003 | Urban Air Toxics | 0.323 (0.177) |
| Grand Junction, Colorado | 08-077-0018 | National Air Toxics Trend | 0.306 (0.168) |
| Valrico, Florida | 12-057-3002 | National Air Toxics Trend | 0.144 (0.079) |
| St. Petersburg, Florida | 12-103-0018 | Urban Air Toxics | 0.14 (0.077) |
| Pinellas Park, Florida | 12-106-0026 | National Air Toxics Trend | 0.136 (0.075) |
| Schiller Park, Illinois | 17-031-3103 | Urban Air Toxics | 0.343 (0.189) |
| Northbrook, Illinois | 17-031-4201 | National Air Toxics Trend | 0.279 (0.153) |
| Ashland, Kentucky | 21-019-0017 | Urban Air Toxics | 0.284 (0.156) |
| Grayson, Kentucky | 21-043-0500 | National Air Toxics Trend | 0.246 (0.135) |

**Table 5-8. Ethylene Oxide Ambient Air Concentrations at National Air Toxics Trends Stations and Urban Air Toxics Monitoring Program Stations October 2018 to September 2019**

| Location | AQS Site ID | Station ID | Average concentration in µg/m$^3$ (ppb) |
|---|---|---|---|
| Smithland, Kentucky | 21-139-0004 | Urban Air Toxics | 0.306 (0.168) |
| Calvert City, Kentucky | 21-157-0014 | Urban Air Toxics | 0.295 (0.162) |
| Dearborn, Michigan | 26-163-0033 | National Air Toxics Trend | 0.241 (0.132) |
| St Louis, Missouri | 29-510-0085 | National Air Toxics Trend | 0.264 (0.145) |
| Camden, New Jersey | 34-007-0002 | Urban Air Toxics | 0.313 (0.193) |
| E. Brunswick, New Jersey | 34-023-0011 | Urban Air Toxics | 0.301 (0.165) |
| Chester, New Jersey | 34-027-3001 | Urban Air Toxics | 0.342 (0.188) |
| Elizabeth, New Jersey | 34-039-0004 | Urban Air Toxics | 0.298 (0.164) |
| Albany, New York | 36-001-0013 | New York | 0.188 (0.103) |
| Bronx, New York | 36-005-0110<br>36-005-0133 | National Air Toxics Trend<br>New York | 0.169 (0.093)<br>0.15 (0.082) |
| Rochester, New York | 36-055-1007 | National Air Toxics Trend | 0.179 (0.098) |
| Queens, New York | 36-081-0124 | New York | 0.138 (0.076) |
| Pinnacle, New York | 36-101-0003 | New York | 0.182 (0.100) |
| Bountiful, Utah | 49-011-0004 | National Air Toxics Trend | 0.251 (0.138) |
| Seattle, Washington | 53-033-0080 | National Air Toxics Trend | 0.167 (0.092) |
| Lacey, Washington | 53-067-0013 | Urban Air Toxics | 0.203 (0.112) |

AQS = Air Quality System; ID = identification

Source: EPA 2020b

### 5.5.2   Water

There are very limited data on the presence or absence of ethylene oxide in water (drinking water supplies, groundwater, etc.) on a national scale.  EPA (1984b) reported a survey showing ethylene oxide at a concentration of 2 mg/L in the effluent of a chemical plant in Bandenburg, Kentucky.  The intake fraction (*iF*) is the modeled portion of chemical mass releases into the environment that will be inhaled, ingested, or absorbed by the population.  The water *iF* for ethylene oxide is $1.32 \times 10^{-5}$ compared to the air intake fraction of $1.99 \times 10^{-5}$, suggesting similar efficiency of population intake via water compared to air (Bennett et al. 2002).