# EXHIBIT 3

## Zoning: 1430 Marvin Griffin Road, Augusta, GA



| | | | |
|---|---|---|---|
| Parcel Number | 135-0-004-02-0 | County Commissioner | 1 - Jordan Johnson |
| Site Address | 1430 Marvin Griffin Rd | Super Cty Commissioner | 9 - Francine Scott |
| City State Zip | AUGUSTA, GA 30906 | School Board | 1 - Shawnda Griffin |
| Tax Prop Type | INDUSTRIAL | Super School Board | 9 - Venus Cain |
| 100% Assessed Value | $5,172,594 | Deed Book Page | |
| Owner Name | KPR US LLC | Plat Book Page | |
| Owner's Address | P O BOX 163306 | Elev Cert | |
| Owner's City State Zip | COLUMBUS, OH 43216-3306 | Urban M & O | No |
| Solid Waste Hauler | Inland Services | LAT | 33.39447000 |
| Solid Waste Service Day | Tues | LONG | -81.98460000 |
| Police Area | 8 | Stormwater Fee | $1,868.80 1 Account (706) 821-2300 |
| Vacant | No | LOMA | |
| City Owned | No | parcel_no | 1350004020 |



*Disclaimer: While every effort is made to keep information provided over the internet accurate and up-to-date, Augusta does not certify the authenticity or accuracy of such information. No warranties, express or implied, are provided for the records and/or mapping data herein, or for their use or interpretation by the User.*

Map Scale
**1 inch = 1600 feet**
11/8/2021

## Zoning: 1430 Marvin Griffin Road, Augusta, GA



| | | | |
|---|---|---|---|
| Parcel Number | 135-0-004-02-0 | County Commissioner | 1 - Jordan Johnson |
| Site Address | 1430 Marvin Griffin Rd | Super Cty Commissioner | 9 - Francine Scott |
| City State Zip | AUGUSTA, GA 30906 | School Board | 1 - Shawnda Griffin |
| Tax Prop Type | INDUSTRIAL | Super School Board | 9 - Venus Cain |
| 100% Assessed Value | $5,172,594 | Deed Book Page | |
| Owner Name | KPR US LLC | Plat Book Page | |
| Owner's Address | P O BOX 163306 | Elev Cert | |
| Owner's City State Zip | COLUMBUS, OH 43216-3306 | Urban M & O | No |
| Solid Waste Hauler | Inland Services | LAT | 33.39447000 |
| Solid Waste Service Day | Tues | LONG | -81.98460000 |
| Police Area | 8 | Stormwater Fee | $1,868.80 1 Account (706) 821-2300 |
| Vacant | No | LOMA | |
| City Owned | No | parcel_no | 1350004020 |

*Disclaimer: While every effort is made to keep information provided over the internet accurate and up-to-date, Augusta does not certify the authenticity or accuracy of such information. No warranties, express or implied, are provided for the records and/or mapping data herein, or for their use or interpretation by the User.*

Map Scale
**1 inch = 0.5 mile**
11/8/2021

## Zoning: 1430 Marvin Griffin Road, Augusta, GA



| | | | |
|---|---|---|---|
| Parcel Number | 135-0-004-02-0 | County Commissioner | 1 - Jordan Johnson |
| Site Address | 1430 Marvin Griffin Rd | Super Cty Commissioner | 9 - Francine Scott |
| City State Zip | AUGUSTA, GA 30906 | School Board | 1 - Shawnda Griffin |
| Tax Prop Type | INDUSTRIAL | Super School Board | 9 - Venus Cain |
| 100% Assessed Value | $5,172,594 | Deed Book Page | |
| Owner Name | KPR US LLC | Plat Book Page | |
| Owner's Address | P O BOX 163306 | Elev Cert | |
| Owner's City State Zip | COLUMBUS, OH 43216-3306 | Urban M & O | No |
| Solid Waste Hauler | Inland Services | LAT | 33.39447000 |
| Solid Waste Service Day | Tues | LONG | -81.98460000 |
| Police Area | 8 | Stormwater Fee | $1,868.80 1 Account (706) 821-2300 |
| Vacant | No | LOMA | |
| City Owned | No | parcel_no | 1350004020 |

*Disclaimer: While every effort is made to keep information provided over the internet accurate and up-to-date, Augusta does not certify the authenticity or accuracy of such information. No warranties, express or implied, are provided for the records and/or mapping data herein, or for their use or interpretation by the User.*

Augusta GEORGIA

Map Scale
**1 inch = 1.0 mile**
11/8/2021