# EXHIBIT 4

# COMPREHENSIVE ZONING ORDINANCE

## OF

## AUGUSTA, GEORGIA

Editorial revision of the Ordinance adopted March 25, 1963, incorporating changes made necessary by the Home Rule Provision of the Constitution of the State of Georgia of 1983, and the consolidation of the City of Augusta and Richmond County, and other amendments between November 15, 1983 and January 3, 2006 and September 7, 2011

Amended April 2020
Amended November 2019
Amended August 2018
Amended March 2018
Amended February 2018
Amended December 2017
Amended August 2017
Amended June 2017
March 2017
Amended January 2017
Amended July 2016
Amended March 2016
Amended October 2015
Amended August 2015
Amended July 2015
Amended June 2015
Amended January 2015
Amended November 2014
Amended May 2014
Amended September 2013

1- 2

AN ORDINANCE BY THE AUGUSTA COMMISSION TO ADOPT A COMPREHENSIVE ZONING PLAN, MAPS AND LAND USE REGULATIONS; TO REPEAL CONFLICTING ORDINANCES AND FOR OTHER PURPOSES:

**WHEREAS,** the Augusta Commission, was authorized by the Home Rule Provision of the Constitution of the State of Georgia of 1983 to: Establish planning commissions; provide for the preparation and amendment of overall plans for the orderly growth and development of municipalities and counties; provide for the regulation of structures on mapped streets, public building sites, and public open spaces; repeal conflicting laws; and for other purposes; and

**WHEREAS**, the Augusta, Georgia Planning Commission, created and organized under the terms of the aforementioned Home Rule Provision, has made a study and analysis of the areas of Augusta, Georgia and the said study and analysis now are complete and a Comprehensive Zoning Plan consisting of the maps and regulations described herein for the purposes described in the title of this Ordinance are now ready for adoption; and

**WHEREAS**, the Commission has held a public hearing on the proposed Comprehensive Zoning Plan after giving more than fifteen (15) days notice of the time and place of such hearing by publication in the Augusta Chronicle as provided by the official code of Georgia.

**THEREFORE, BE IT ORDAINED** by Augusta Commission as follows:

## TABLE OF CONTENTS

| SECTION | | CHAPTER PAGE |
|---|---|---|
| 1 | **GENERAL PURPOSE** | 1-1 |
| 2 | **GENERAL DEFINITIONS** | 2-1 |
| | **GENERAL PROVISIONS** | |
| 3 | Area and Setback Requirements | 3-1 |
| 3-A | Outdoor/Street Lighting | 3A-1 |
| 3-B | Open Space/Recreation Area | 3B-1 |
| 4 | Off-Street Parking and Loading | 4-1 |
| 5 | Nonconforming Uses | 5-1 |
| | **USE DISTRICT CLASSIFICATIONS** | |
| 6 | District Definitions | 6-1 |
| | **AGRICULTURAL DISTRICT CLASSIFICATION** | |
| 7 | A (Agricultural) Zone | 7-1 |
| | **RESIDENTIAL DISTRICT CLASSIFICATIONS** | |
| 8 | R-1 (One-Family Residential) Zone | 8-1 |
| 9 | R-1A (One-Family Residential) Zone | 9-1 |
| 10 | R-1B (One-Family Residential) Zone | 10-1 |
| 11 | R-1C (One-Family Residential) Zone | 11-1 |
| 12 | R-1D (One-Family Residential) Zone | 12-1 |
| 13 | R-1E (One-Family Residential) Zone | 13-1 |
| 14 | R-MH (Manufactured Home Residential) Zone | 14-1 |
| 15 | R-2 (Two-family Residential) Zone | 15-1 |
| 16 | R-3A (Multiple-Family Residential) Zone | 16-1 |
| 17 | R-3B (Multiple-Family Residential) Zone | 17-1 |
| 18 | R-3C (Multiple-Family Residential) Zone | 18-1 |
| 19 | PUD (Planned Unit Development) Zone | 19-1 |
| 20 | **PROFESSIONAL DISTRICT CLASSIFICATIONS** | |
| | P-1 (Professional) Zone | 20-1 |
| | **BUSINESS DISTRICT CLASSIFICATIONS** | |
| 21 | B-1 (Neighborhood Business) Zone | 21-1 |
| 22 | B-2 (General Business) Zone | 22-1 |

## TABLE OF CONTENTS

**SECTION**            **CHAPTER PAGE**

**INDUSTRIAL DISTRICT CLASSIFICATIONS**
| | | |
|---|---|---|
| 23 | LI (Light Industry) Zone | 23-1 |
| 24 | HI (Heavy Industry) Zone | 24-1 |

**SPECIAL DISTRICT CLASSIFICATIONS**
| | | |
|---|---|---|
| 25 | HPA (Historic Preservation Area) Zone   (DELETED) | 25-1 |
| 25-A | PDR (Planned Development Riverfront) Zone | 25A-1 |
| 25-B | SCA (Special Sign Control Area) Zone  (DELETED) | 25B-1 |
| 25-C | River Watch Parkway   (DELETED) | 25C-1 |
| 25-D | Savannah River Corridor Protection District | 25D-1 |
| 25-E | Special District Classifications | 25E-1 |
| 25-F | Professional Office Park District | 25-F-1 |
| 25-G | MXUD (Mixed Use Development District) | 25-G-1 |
| 26 | Special Exceptions in Any Zone | 26-1 |

**OTHER REGULATED USES**
| | | |
|---|---|---|
| 27 | Manufactured Home Regulations | 27-1 |
| 28 | Airport Regulations | 28-1 |
| 28-A | Telecommunication Facilities | 28A-1 |
| 28-B | Signs | 28B-1 |
| 28-C | Adult Entertainment | 28C-1 |
| 28-D | Conservation Subdivisions | 28D-1 |
| 28-E | Recreational Vehicle Parks | 28E-1 |
| 28-F | Personal Care Homes | 28F-1 |
| 29 | Exceptions and Modifications | 29-1 |
| 30 | Building Permits and Site Plans | 30-1 |
| 31 | Certificate of Occupancy | 31-1 |
| 32 | Enforcement and Penalties | 32-1 |
| 33 | Board of Zoning Appeals | 33-1 |
| 34 | Location and Maintenance of Zoning Map | 34-1 |
| 35 | Amendments to the Ordinance | 35-1 |
| 36 | Effective Date | 36-1 |
| 37 | Severance Clause | 37-1 |

# GENERAL PURPOSE

## SECTION 1

For the purpose of promoting health, safety, morals and the general welfare of the people of Augusta including, among other things, present conditions and the future growth of Augusta with due regard to its relations to neighboring territory and to guide and accomplish coordinated, adjusted, and harmonious development which will, in accordance with present and future needs, best promote health, safety, morals, order, convenience, prosperity and general welfare as well as efficiency and economy in the process of development, including, among other things, adequate provision for traffic, the promotion of safety from fire and other dangers, adequate provision for light and air, the promotion of good civic design and arrangement, wise and efficient expenditure of funds, and the adequate provisions of public utilities and other public requirements as will tend to facilitate economical and adequate provisions for transportation, roads, soil conservation, water supply, drainage, education, sanitation, recreation, conservation, and development of the State's natural resources, fostering the State's agriculture and other industries, and protecting the State's food supply, for the purpose of lessening traffic and other hazards to life, limb, and health in the thickly populated areas, and the civil defense of the population.

# INDUSTRIAL DISTRICT CLASSIFICATION

## SECTION 24

## HI (HEAVY INDUSTRIAL) ZONE

**24-1  Permitted Uses:**
- (a) Any use permitted in an LI (Light Industry) Zone, subject to the rules and regulations of the LI Zone.
- (b) DELETED.
- (c) Uses customarily incidental to the above uses and necessary buildings when located on the same lot.
- (d) The following uses provided, however, no building, structure, or portion thereof, shall be hereafter erected, converted, or otherwise used for residential purposes:
    - (1) Acetylene gas manufacture and storage
    - (2) Alcohol manufacture
    - (3) Deleted
    - (4) Asphalt manufacture or refining
    - (5) Deleted
    - (6) Boiler works
    - (7) Central station light or power plant
    - (8) Deleted
    - (9) Concrete, cement products, or clay manufacture
    - (10) Cotton gin
    - (11) Deleted
    - (12) Gas manufacture from coal or petroleum or the storage thereof
    - (13) Deleted
    - (14) Meat products manufacture
    - (15) Deleted
    - (16) Planing Mill
    - (17) Plaster manufacture
    - (18) Plastic manufacture
    - (19) Potash works
    - (20) Power forge
    - (21) Excavation of mineral deposits including but not limited to stone, sand, clay, gravel, and operations incidental thereto.
    - (22) Deleted
    - (23) Manufacturing of other products that is not noxious or offensive by reason of emission or creation of odor, dust, fumes, smoke, gas, noise, vibration, radiation, or similar substance.
    - (24) Deleted
    - (25) Tar distillation or tar products manufacture
    - (26) Animal kennel

(27) Inert Fill Area
Where there are no residences or residentially zoned properties located within 1000 feet of the boundary of the property upon which the inert fill area would be located, or where the finished grade of the inert fill area would not be greater than 10 feet in elevation above the highest elevation of any adjoining property.
(28) Petroleum products manufacture or wholesale aboveground storage of petroleum or its products in quantities not exceeding twelve thousand (12,000) gallons consistent with the minimum separation requirements that appear in table 4.3.2.4 of NFPA 30A. Underground storage tanks shall meet all applicable requirements of Chapter 4 and Chapter 5 of NFPA
(29) Brewery, Distillery, Micro-brewery, Nano Brewery, Pico Brewery, Nano Distillery and Pico Distillery

**24-2  Uses Permitted by Special Exception:**
(a) The following uses require a Special Exception in the HI (Heavy Industry) Zone. In no case shall any use listed below be allowed within 300 feet of an R-Zone (Residential).
   (1) Acid manufacture, hydrochloric, nitric, picric, or sulfuric acid
   (2) Cement, lime, clay or gypsum, or plaster manufacture
   (3) Chlorine or similar noxious gases
   (4) Distillation of bones
   (5) Drop forge industries manufacturing forgings with power hammers
   (6) Explosives, manufacture or storage
   (7) Fertilizer manufacture
   (8) Garbage, offal, dead animal reduction or dumping
   (9) Glue manufacture
   (10) Hair manufacture
   (11) Deleted
   (12) Processing of sauerkraut, vinegar, or yeast
   (13) Rendering or refining of fats and oil
   (14) Stockyard or feeding pen
   (15) Slaughter of animals, not including the killing of fowl
   (16) Automobile wrecking or junk yards; storage, sorting, collecting, or baling of rags, paper, metal, or other items not usable in their current state. These uses must be enclosed on all sides by a solid wall or board fence not less than six (6) feet in height.
   (17) Any other use that is noxious or offensive by reason of the emission or creation of odor, dust, fumes, smoke, gas, noise, vibration, radiation, or similar substances, or conditions equal in aggregate amount to that of any use specified.
   (18) Inert Fill Area - Where there are residences or residentially zoned properties located within 1000 feet of the boundary of the property upon which the inert fill area would be located, or where the finished grade of the inert fill area would be greater than 10 feet in elevation above the highest elevation of any adjoining property.
   (19) Ammonia or bleaching powder manufacture
   (20) Atomic energy reactor station
   (21) Chemical manufacture

25 - 2

  (22) Creosote manufacture or treatment
  (23) Incinerator
  (24) Tanning, curing, or storage of raw hides
  (25) Petroleum products manufacture or wholesale aboveground storage of petroleum or its products in quantities exceeding twelve thousand (12,000) gallons consistent with the minimum separation requirements that appear in table 4.3.2.4 of NFPA 30A. Underground storage tanks shall meet all applicable requirements of Chapter 4 and Chapter 5 of NFPA 30.11

**24-3** **Height:** The maximum height of a building or structure in the H-I Zone shall be three hundred (300) feet.

**24-4** **Setbacks:** The setback provisions of the LI Zone shall apply to the HI Zone.

**24-5** **Prohibited uses:** Residential use is prohibited in the HI zone.

**24-6** **Signs:** DELETED.

*24-7* *Special Exceptions*
*Any use established as a result of a Special Exception granted per Subsection 24-2 must be initiated within six (6) months of the granting, or the Special Exception shall no longer be valid. The initiation of a use is established by the issuance of a valid business license by the Augusta Planning and Development Department or by other reasonable proof of the establishment of vested rights. If a Special Exception is granted and the use is initiated but later ceases to operate for a period of one (1) year, then the Special Exception shall no longer be valid.*

**Amended August 2017 – Brewery, Distillery etc….**
**Amended May 2010, Section 24-2 (11 –deleted and 25 added)**
**Amended May 2010, Section 24-1 (15 – deleted and 28 added)**
**Amended April 2008, Section 24-1 (uses deleted), Section 24-2 (a) (uses reassigned)**
**Amended November 2007**
**Amended Sept. 2004, Section 24-7**