IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LORETTA BROWMAN, *et al.*, | |
| Plaintiffs, | |
| v. | CV 121-112 |
| KENDALL PATIENT RECOVERY U.S., LLC, | Honorable J. Randal Hall<br>Magistrate Judge Brian K. Epps |
| Defendant. | |

**COUNSEL FOR DEFENDANT KENDALL PATIENT RECOVERY U.S., LLC'S UNOPPOSED REQUEST TO WITHDRAW MEGHAN ROHLING KELLY AS ATTORNEY OF RECORD**

Pursuant to Local Rule 83.7, counsel for Defendant Kendall Patient Recovery U.S., LLC respectfully requests leave to withdraw co-counsel Meghan Rohling Kelly as attorney of record. In support of this motion, counsel for Defendant submits the following:

1. Ms. Kelly notified Client/Defendant of her intention to withdraw from the case by email on June 13, 2022, attached as Exhibit A.

2. Ms. Kelly's withdrawal will not have a material adverse effect of the interests of Defendant, nor will her withdrawal cause any delays in the trial of the case.

3. Defendant will remain represented by the undersigned attorneys of record.

4. Counsel for Plaintiff does not oppose this request.

Counsel for Defendant respectfully requests that this Court grant Ms. Kelly permission to withdraw as attorney of record, relieving her of any further responsibilities with respect to this matter. A proposed order granting this request is attached for the Court's convenience.

This 29th day of June, 2022.

        */s/ S. Derek Bauer*
        Barry A. Fleming
        GA Bar Number 262945
        bfleming@flemingnelson.com
        FLEMING & NELSON, LLP
        631 Ronald Reagan Drive
        P.O. Box 2208
        Evans, Georgia 30809

        S. Derek Bauer
        Admitted *Pro Hac Vice*
        dbauer@bakerlaw.com
        Dorothy H. Cornwell
        GA Bar Number 552635
        dcornwell@bakerlaw.com
        BAKER & HOSTETLER LLP
        1170 Peachtree Street NE, Suite 2400
        Atlanta, GA 30309

        *Attorneys for Defendant*
        *Kendall Patient Recovery U.S., LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing REQUEST TO WITHDRAW AS ATTORNEY OF RECORD was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification by email of such filing to counsel of record.

Additionally, pursuant to Local Rule 83.7, a copy of the foregoing will be mailed to Client/Defendant Kendall Patient Recovery U.S., LLC.

This 29th day of June, 2022.

                                                                    */s/ S. Derek Bauer*
                                                                    Admitted *Pro Hac Vice*
                                                                    BAKER & HOSTETLER LLP