# United States District Court
## Southern District of Georgia

Loretta Browman et al.

_____
Plaintiff

v.

Kendall Patient Recovery U.S., LLC

_____
Defendant

Case No. 1:21-cv-00112-JRH-BKE

Appearing on behalf of

Defendant
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  8th  day of  July , 2022 .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Matthew D. Thurlow |
| Business Address: | Baker & Hostetler LLP |
| | Firm/Business Name |
| | 1050 Connecticut Avenue NW |
| | Street Address |

| Suite 1100 | Washington | DC | 20036 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

| 202.861.1681 | N/A |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:  mthurlow@bakerlaw.com