## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

LORETTA BROWMAN, et al.,

     vs.                       CASE NO. 1:21-cv-00112-JRH-BKE

KENDALL PATIENT RECOVERY
U.S., LLC, a Delaware limited
liability corporation.

## SUPPLEMENTAL DISCLOSURE STATEMENT
## S.D. Ga. LR 7.1.1

     The undersigned, counsel of record for Defendant certifies that the following is a full and

complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Kendall Patient Recovery U.S., LLC | Defendant |
| Loretta Browman, Evelyn Armstrong, Tieese Smith, Dewayne Williams, Victoria Snow, Ronald Lampkin, Barbara Betts, Sherry Holes, Felicia Lambert, Teressa Taylor, Michael Dunn, Alopecia Armstrong, Patricia Bell, Bernice Wilkins, Annie Williams, Carolyn Washington, Schuyler Knight, Clarissa Coleman, Charles Jones, Mark Pugh, Sabrina Watkins, and Susan Denice Kelly | Plaintiffs |

     The undersigned further certifies that the following is a full and complete list of officers,

directors, or trustees of the above-identified parties as of July 15, 2022:

| Name | Identification & Relationship |
|---|---|
| Kate Spirko | Vice President – HR Management of Defendant |
| Steve Mason | Chief Executive Officer – Medical of Defendant |

| | |
|---|---|
| Phil Makrogiannis | Assistant Secretary of Defendant |
| Scott Zimmerman | Vice President & Treasurer of Defendant |
| Brent Withrow | Assistant Treasurer of Defendant |
| Laura Vaughn | Secretary of Defendant |
| Samantha Bourdette | Assistant Secretary of Defendant |
| John Martin | Senior Vice President – Tax of Defendant |
| Travis Leonard | Chief Financial Officer – Medical of Defendant |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification & Relationship |
|---|---|
| InnerDyne Holdings, Inc. | Owner of Defendant |
| Cardinal Health, Inc. | Owner of InnerDyne Holdings, Inc. |

Dated: July 15, 2022.

/s/ *Barry A. Fleming*
Barry A. Fleming
GA Bar Number 262945
bfleming@flemingnelson.com
FLEMING & NELSON, LLP
631 Ronald Reagan Drive
P.O. Box 2208
Evans, Georgia 30809

Matthew D. Thurlow
(*Admitted Pro Hac Vice*)
mthurlow@bakerlaw.com

2

**BAKER & HOSTETLER, LLP**
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

S. Derek Bauer
Georgia Bar No. 042537
(*Admitted Pro Hac Vice*)
dbauer@bakerlaw.com
**BAKER & HOSTETLER, LLP**
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309

*Counsel for Defendant Kendall Patient Recovery U.S., LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

LORETTA BROWMAN, et al.,

    Plaintiffs,

v.

KENDALL PATIENT RECOVERY U.S.,
LLC, a Delaware limited liability corporation,

    Defendant.

Case No.

1:21-CV-00112-JRH-BKE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing SUPPLEMENTAL DISCLOSURE STATEMENT was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification by email of such filing to counsel of record.

This 15th day of July, 2022.

/s/ *Barry A. Fleming*
Barry A. Fleming
GA Bar Number 262945