IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LORETTA BROWMAN, EVELYN ARMSTRONG, TIEESE SMITH, DEWAYNE WILLIAMS, VICTORIA SNOW, RONALD LAMPKIN, BARBARA BETTS, SHERRY HOLES, FELICIA LAMBERT, TERESSA TAYLOR, MICHAEL DUNN, ALOPECIA ARMSTRONG, PATRICIA BELL, BERNICE WILKINS, ANNIE WILLIAMS, CAROLYN WASHINGTON, SCHUYLER KNIGHT, CLARISSA COLEMAN, CHARLES JONES, MARK PUGH, SABRINA WATKINS, and SUSAN DENICE KELLY, <br><br> Plaintiffs, <br><br> v. <br><br> KENDALL PATIENT RECOVERY U.S., LLC, a Delaware limited liability corporation, <br><br> Defendant. | Civil Action File No. <br><br> 1:21-cv-00112-JRH-BKE |

## NOTICE OF INTENT TO REPLY

Pursuant to Local Rule 7.6 of the United States District Court for the Southern District of Georgia, Plaintiffs Sabrina Watkins, Susan Kelly, and Alopecia Armstrong hereby notify the Clerk of their intent to file a brief in reply to Defendant's Response in Opposition to Plaintiffs' Motion to Alter or Amend Judgment and for Leave to File Amended Complaint.

Respectfully submitted,

**SABRINA WATKINS, SUSAN KELLY, and ALOPECIA ARMSTRONG,**

1

Dated: November 5, 2022

By: /s/ Michael Ovca
*One of Plaintiffs' Attorneys*

Benjamin H. Richman*
brichman@edelson.com
Michael Ovca*
movca@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Charles C. Bailey
charlie.bailey@cookconnelly.com
Sutton Connelly
sutton.connelly@cookconnelly.com
COOK & CONNELLY, LLC
750 Piedmont Ave. NE
Atlanta, GA 30308
Tel: 678.539.0680

*admitted *pro hac vice*

*Counsel for Plaintiffs*

## **Certificate of Service**

I hereby certify that on November 5, 2022, a copy of the foregoing N*otice of Intent to Reply* was filed with the Clerk of Court via its CM/ECF service, which will send notification of such filing to all counsel of record.

/s/ Michael Ovca