IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| SABRINA WATKINS, SUSAN DENICE KELLY, LORETTA BROWMAN, et al., <br><br> Plaintiffs- Appellants, <br><br> v. <br><br> KENDALL PATIENT RECOVERY U.S. LLC, <br><br> Defendant - Appellee. | CASE NO.   1:21-cv-112 <br><br> Appeal No. 23-12995-AA |

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this 27th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA